## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **PAMELA COLEMAN, M.D.**<br>4100 Massachusetts Ave.<br>N.W. LT20<br>Washington, D.C. 20007 | * | |
| | * | |
| | * | |
| **Plaintiff** | | |
| | * | **Case No.:** |
| **v.** | * | |
| **ALLSTATE INSURANCE COMPANY**<br>2775 Sanders Beach Road<br>Northbrook, IL 60062 | * | |
| | * | |
| **Defendant.** | * | |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

### DEFENDANT ALLSTATE INSURANCE COMPANY'S
### NOTICE OF REMOVAL

NOW comes Allstate Insurance Company, ["Allstate"] by and through undersigned counsel, and files this Notice of Removal from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia, and in support thereof states as follows:

1.      Plaintiff filed the present breach of contract action against Defendant Allstate on or about January 24, 2014 in the Superior Court of the District of Columbia, Case Number, 2014 CA 000437 B.

2.      Upon information and belief, Allstate was served on February 3, 2014.

3.      Upon information and belief, Plaintiff Pamela Coleman, M.D. is a resident of the District of Columbia.

4.      Defendant Allstate is a corporation organized under the laws of the state of Illinois.

5.     This Court has jurisdiction pursuant to 28 U.S.C. §1332.  There is true diversity of citizenship among the real parties in interest, and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

6.     One copy of the complaint is attached as an Exhibit to this Notice of Removal, along with all other pleadings that Defendant has received to date as required by 28 U.S.C. § 1446(a). *Exhibit 1, Complaint*

7.     Defendant Allstate petitions for removal of this action to this Court pursuant to 28 U.S.C. §1441, *et seq.*, as amended, and requests a waiver of any bond requirements.


/s/Geneau M. Thames
GENEAU M. THAMES,
D.C. Bar No.: 989410
NILES, BARTON & WILMER, LLP
111 S. Calvert St., Suite 1400
Baltimore, MD 21202
(410) 783-6423
gmthames@nilesbarton.com
*Attorneys for Defendant Allstate Insurance Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this  19th  day of February, 2014, a copy of the foregoing

Notice of Removal was served via first class mail postage prepaid to:

> Alexia Kent McClure, Esq.
> E. Andrew Cole, Esq.
> Stein Sperling, Bennett, De Jong & Driscoll, PC
> 25 West Middle Lane
> Rockville, MD 20850
> *Attorney for the Plaintiff*

/s/Geneau M. Thames
GENEAU M. THAMES

*4824-6669-4424, v. 1*