## IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### (Civil Division)

PAMELA COLEMAN, M.D.,　　　　　　　　:
4100 Massachusetts Avenue, N.W. LT20　:
Washington, D.C. 20007,　　　　　　　　:

　　　　　　Plaintiff　　　　　　　　　　:

　　　　　　　　　　　　　　　　　　　　:

　　v.　　　　　　　　　　　　　　　　　:　　Civil Case No.: _____

　　　　　　　　　　　　　　　　　　　　:

ALLSTATE INSURANCE COMPANY　　　　:
Washington, D.C.　　　　　　　　　　　　:
c/o　　　　　　　　　　　　　　　　　　 :
Robert Coles　　　　　　　　　　　　　　:
Allstate Insurance Company　　　　　　　:
7067 Columbia Gateway Dr., #100　　　　 :
Columbia, MD 21046　　　　　　　　　　:

　　　　　　　　　　　　　　　　　　　　:

SERVE:　　　　　　　　　　　　　　　　:
CT Corporation – Resident Agent　　　　　:
1015 15th Street, Suite #1000　　　　　　 :
Washington, D.C. 20005,　　　　　　　　 :

　　　　　　　　　　　　　　　　　　　　:

　　　　　　Defendant.　　　　　　　　　:

## COMPLAINT (WITH JURY DEMAND)

Plaintiff, Pamela Coleman, M.D. ("Dr. Coleman"), by and through her counsel, Alexia

Kent McClure, E. Andrew Cole, and the law firm of Stein Sperling Bennett De Jong Driscoll PC,

sues Allstate Insurance Company ("Defendant Allstate"), and seeks a money judgment against

Defendant Allstate, as follows:

### COUNT I
### (Breach of Contract)

1.　　　Dr. Coleman is an individual and resident of the District of Columbia. At all times

pertinent to Dr. Coleman's insurance coverage pursuant to the Policy identified herein below, Dr.

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301-340-2020

**EXHIBIT**
*tabbies*　1

Coleman owned certain improved real property located at 4833 Dexter Terrace, NW, Washington, D.C. 20007-1020 (the "Property").

2.      Defendant Allstate is, upon information and belief, an Illinois corporation, doing business in the District of Columbia.

3.      This Court has subject matter jurisdiction of this matter pursuant to D.C. Code Ann. § 11-921 (*West's* District of Columbia Code Annotated, 2001 Ed.).

4.      Defendant Allstate is subject to personal jurisdiction in this Court pursuant to D.C. Code Ann. § 13-423 (*West's* District of Columbia Code Annotated, 2001 Ed.).

5.      At all times pertinent to Dr. Coleman's insurance coverage pursuant to the Policy identified herein below, Dr. Coleman has owned and occupied the Property as her residence.

6.      Plaintiff and Defendant Allstate entered into a contract to insure the Property. Pursuant to this contract, Plaintiff paid premiums to Defendant Allstate and Defendant Allstate issued to Plaintiff a Deluxe Plus Homeowners Policy, policy number 0 01 602514 07/06, ("the Policy"). A copy of the Policy is attached to this Complaint as Exhibit 1 and adopted herein.

7.      On January 28, 2013, the Property sustained water damages to the dwelling as a result of a covered loss under the Policy ("the Loss").

8.      The Policy excludes various specified categories of loss, none of which apply to the origin of the Loss.

9.      At all times pertinent hereto, the building structure never was "vacant, unoccupied or being constructed[.]"

10.     The Loss occurred while the Policy was in full force and effect and during a premium period of July 6, 2012 to July 6, 2013.

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301.340.2020

11.     The annual premium for the premium period of July 6, 2012 to July 6, 2013 was in the amount of at or about $11,296.28 and at all times pertinent hereto Dr. Coleman was current with payment of the premium for the pertinent premium period.

12.     Dr. Coleman timely reported the Loss to Defendant Allstate and made a claim under the Insurance Policy. Defendant Allstate acknowledged receipt of the claim and assigned it claim number 0274762012 NJS (the "Claim").

13.     At all times pertinent hereto, Dr. Coleman satisfied all of her contractual obligations under the Policy.

14.     With a letter dated February 13, 2013, Defendant Allstate communicated in pertinent part as follows:

> We are reserving our right to later deny coverage obligation and assert a defense of no coverage under the policy because Your Allstate Insurance Company Deluxe Plus Homeowners states:
> Losses We Do Not Cover Under Coverages A and B:   We do not cover loss to the property described in Coverage A Dwelling Protection or Coverage B Other Structures Protection consisting of or caused by:
>
> 16.     Freezing of plumbing, fire protective sprinkler systems, heating or air conditioning systems or household appliances, or discharge, leakage or overflow from within the systems or appliances caused by freezing, while the building structure is vacant, unoccupied or being constructed unless you have used reasonable care to:
> a) maintain heat in the building structure; or
> b) shut off the water supply and drain the system and appliances.

A copy of Defendant Allstate's letter dated February 13, 2013 is attached hereto as

Exhibit 2.

15.     With a letter dated March 11, 2013, Defendant Allstate communicated its denial of Dr. Coleman's Claim on the single section of the Policy quoted in paragraph 14 above from Defendant Allstate's letter dated February 13, 2013. A copy of Defendant Allstate's letter dated March 13, 2013 is attached hereto as Exhibit 3.

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301.340.2020

3472435_1

Page 3 of 6

16.     With a letter dated May 20, 2013, Defendant Allstate communicated to Metro Public Adjustment, Inc., a corporation then acting as a public adjuster on Dr. Coleman's Claim, that Defendant Allstate stood by its denial and Defendant Allstate further stated in pertinent part that Metro Public Adjustment, Inc. had said to Defendant Allstate, "they moved out months ago to a place you believed they rented."

17.     If the alleged comment, "they  [assumably referring to Dr. Coleman and her husband] moved out months ago to a place [Metro Public Adjustment, Inc.] believed they rented[,]" ever was said by any person at Metro Public Adjustment, Inc., that person was mistaken. As stated, at all times pertinent to Dr. Coleman's insurance coverage pursuant to the Policy, Dr. Coleman never had moved out of the Property.

18.     Before filing this Complaint, Dr. Coleman reached out to Defendant Allstate on more than one occasion to reconsider its wrongful, unlawful denial of her Claim, including for example, providing to Defendant Allstate an affidavit verifying facts to address the basis of the denial. This was to no avail.

19.     Dr. Coleman did not sufficient available resources to self-fund the insurance proceeds which Defendant Allstate had been obligated pursuant to the Policy to pay on Dr. Coleman's Claim.

20.     Defendant Allstate materially breached the contract, the Policy, by, for example, failing to pay that which it owed for the above-referenced covered Loss which was not excluded by any provision of the Policy.

21.     Defendant Allstate's material breach of the contract, the Policy, was not and is not excused.

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301.340.2020

Page 4 of 6

3472435_1

22.     Defendant Allstate's material breach of the contract, the Policy, proximately caused damages to Dr. Coleman, including that amount of money necessary to place Dr. Coleman in the same economic position she would have been in if Defendant Allstate had not breached the contract, the Policy, including the amount of money Dr. Coleman would have received had the contract, the Policy, not been breached by Defendant Allstate, plus Dr. Coleman's consequential and incidental damages.

23.     Dr. Coleman's consequential damages foreseeable at the time of contracting include, for example, the damages sustained by Dr. Coleman when she had to sell the Property in or about December of 2013 for a price substantially less than the fair market value of the Property if Defendant Allstate had met its contractual obligation to pay the Claim such that Dr. Coleman would have been able to complete repairs to the Property needed as a result of the Loss.

WHEREFORE, Dr. Coleman respectfully requests that this Honorable Court enter judgment in her favor and against Defendant Allstate in the principal amount of her actual damages up to Five- Hundred Thousand Dollars ($500,000.00), plus pre-judgment interest, post judgment interest, costs, and for such other and further relief as may be appropriate.

Respectfully submitted,

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

By: _____

Alexia Kent McClure (D.C. Bar No. 443983)
25 West Middle Lane
Rockville, Maryland 20850
Direct: 301-838-3232
Fax: 301-354-8132
amcclure@steinsperling.com

-   And

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301.340.2020

By:

E. Andrew Cole (D.C. Bar No. 490858)
25 West Middle Lane
Rockville, Maryland 20850
Direct: 301-838-3218
Fax: 301-354-8118
ecole@steinsperling.com

Attorneys for Plaintiff

## JURY DEMAND

Plaintiff demands a trial by jury on all issues triable of right by a jury in this case.

Alexia Kent McClure

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301-340-2020

3472435_1

Page 6 of 6

# EXHIBIT 1


You're in good hands.

CLAIM# 0274762012

To Whom It May Concern:

I, __Mary Perl_____, employee of Allstate Insurance Company Irving, Texas,

do certify that the enclosed is a copy of policy and or declaration page for the above

claim number, showing the coverages that were on the policy at the time of loss

of __01/28/2013_____. The enclosed copy of policy and or declaration

page was printed and mailed through Allstate's Output Processing Center.

_____*Mary Perl*_____
Claim Support

State of Texas, County of Dallas

On this __30th_____ day of _____July_____2013, before me personally

appeared __Mary Perl_____ to me known to be the person who executed the

foregoing instrument and acknowledged that he/she executed the same as a free act

and deed.

_____*Jennifer Nicole Roberts*_____
Notary Public

JENNIFER NICOLE ROBERTS
Notary Public, State of Texas
My Commission Expires
June 20, 2016

GS2-3

*John E Branch*
*12801 Old Ft Rd 303*
*Ft Washington MD 20744*

**Your Quick Insurance Check**

✓ Verify the information listed in the
   Policy Declarations.

✓ Please call if you have any questions.

✓ Now you can pay your premium
   before your bill is issued – visit
   allstate.com or call 1-800-Allstate ®.

Pamela Coleman
4833 Dexter Ter NW
Washington DC  20007-1020

**Thank you for being a loyal Allstate Insurance Company customer—we're delighted to have you with us!**

**Here's Your Deluxe Plus Homeowners Insurance Renewal Offer**
We're pleased to offer to continue your Allstate Insurance Company policy for another twelve months, so you can keep getting:
• Quality coverage at competitive prices
• Access to our knowledgeable, helpful agent network
• The peace of mind of knowing your insurance provider is one of the most experienced in the industry

**What's In This Package?**
This mailing package contains your insurance documents, including your Renewal Policy Declarations—which lists your coverages, coverage limits, premiums and any discounts you're receiving. You'll want to review the Policy Declarations to make sure you're comfortable with the coverage choices you've made. Keep in mind that policy documents may change, so you should carefully review them at each renewal.

**Your Billing And Renewing**
Unless a mortgage company or lienholder pays your insurance premium for you, keep an eye out for your bill, which we'll send separately. But note that if you're enrolled in the Allstate Easy Pay Plan, you won't receive a bill. Instead, we'll send you a statement detailing your payment withdrawal schedule.

*Renewing your coverage is simple*—just make sure we receive the required premium payment when it's due.

*(over)*



**Have Questions? Please Contact Us**

Give your Allstate representative a call at (301) 292-7788 if you have any questions or if you see something that needs updating—coverages, limits, deductibles. For online services, such as making a payment or viewing policy information, you can register at the Customer Care Center on *allstate.com*. And for 24-hour-a-day, 7-day-a-week service and information, just call 1-800-ALLSTATE® (1-800-255-7828).

**We Appreciate Your Business**

Thanks again for choosing Allstate—where you get more than great coverage and service. You get Allstate's 75 years of business experience behind you, plus the freedom to manage your policy your way.

Thomas J. Wilson
President, Allstate Insurance Company

# Allstate Insurance Company

## RENEWAL

# Deluxe Plus Homeowners
# Policy Declarations

## Summary

| | | |
|---|---|---|
| **NAMED INSURED(S)** | **YOUR ALLSTATE AGENT IS:** | **CONTACT YOUR AGENT AT:** |
| Pamela Coleman | John E Branch | (301) 292-7788 |
| 4833 Dexter Terrace | 12801 Old Ft Rd 303 | |
| Washington DC 20007-1020 | Ft Washington MD 20744 | |

| | | |
|---|---|---|
| **POLICY NUMBER** | **POLICY PERIOD** | **PREMIUM PERIOD** |
| 0 01 602514 07/06 | Begins on July 6, 2012 | July 6, 2012  to July 6, 2013 |
| | at 12:01 A.M. standard time, | at 12:01 A.M. standard time |
| | with no fixed date of expiration | |

**LOCATION OF PROPERTY INSURED**
4833 Dexter Terrace, Washington, DC 20007-1020

**MORTGAGEE(S)**     (Listed in order of precedence)

- NYCB MORTGAGE COMPANY LLC        ITS SUCCESSORS
  &/OR ASSIGNS
  P O Box 8326          Springfield OH 45501-8326                    Loan #4809700
- NASA FEDERAL CREDIT UNION
  P O Box 1538          Bowie MD 20717-1538                          Loan #NONE
- BANK OF GEORGETOWN/SUITE 18
  1054 31st St NW        Washington DC 20007-4403                    Loan #NONE

## Total Premium for the Premium Period    *(Your bill will be mailed separately)*

| | |
|---|---|
| Premium for Property Insured | $11,296.28 |
| **TOTAL** | **$11,296.28** |

## Important Notice:

Your insurer may consider your claims and loss history when determining whether to renew your policy.

# Allstate Insurance Company

Policy Number:  **0 01 602514 07/06**      Your Agent:  **John E Branch  (301) 292-7788**
For Premium Period Beginning:   **July 6, 2012**

| COVERAGE AND APPLICABLE DEDUCTIBLES<br>(See Policy for Applicable Terms, Conditions and Exclusions) | LIMITS OF LIABILITY | |
|---|---|---|
| Dwelling Protection - with Building Structure Reimbursement Extended Limits<br>   • $500   All Peril Deductible Applies | $2,844,000 | |
| Other Structures Protection<br>   • $500   All Peril Deductible Applies | $284,400 | |
| Personal Property Protection - Reimbursement Provision<br>   • $500   All Peril Deductible Applies | $2,133,000 | |
| Additional Living Expense | Up To 12 Months | |
| Family Liability Protection | $300,000 | each occurrence |
| Guest Medical Protection | $1,000 | each person |

## DISCOUNTS   Your premium reflects the following discounts on applicable coverage(s):

| | | | |
|---|---|---|---|
| Claim Free | 15 % | Age of Home | 5 % |
| Protective Device Rate Applied | | | |

## RATING INFORMATION

The dwelling is of Brick construction and is occupied by  1 family

# Allstate Insurance Company

Policy Number: **0 01 602514 07/06**      Your Agent: **John E Branch (301) 292-7788**
For Premium Period Beginning:   July 6, 2012

## *Your Policy Documents*

Your Homeowners policy consists of this Policy Declarations and the documents listed below. Please keep these together.

- Deluxe Plus Homeowners Policy form AP337
- D.C. Amendatory Endorsement form AP218-1
- Bldg. Struct. Reimb. Ext. Limits End. form AP357
- Amendment of Policy Provisions form AP444
- Deluxe and Deluxe Plus Amendatory End. form AP1836

## *Important Payment and Coverage Information*

Coverage A - Dwelling Protection includes an approximate increase   of $115,000   due to the Property Insurance Adjustment provision using the Marshall Swift Boeckh Publications Building Cost Index.  Coverage C - Personal Property Protection adjusted accordingly.

Do not pay.  Mortgagee has been billed.

IN WITNESS WHEREOF, **Allstate** has caused this policy to be signed by two of its officers at Northbrook, Illinois, and if required by state law, this policy shall not be binding unless countersigned on the Policy Declarations by an authorized agent of **Allstate.**

Thomas J. Wilson
President

Mary J. McGinn
Secretary

# Allstate Insurance Company

Policy Number: **0 01 602514 07/06**    Your Agent:   **John E Branch  (301) 292-7788**
For Premium Period Beginning:   **July 6, 2012**

# Important Notice

## Privacy Policy Statement

Thank you for choosing Allstate. We value you, respect your privacy and work hard to protect your personal information.

This statement is provided on behalf of Allstate Insurance Company and the affiliates ("Allstate") listed at the end of this notice. We would like to explain how we collect, use and share the information we obtain about you in the course of doing business.

### Our Privacy Assurance

- We do not sell your personal or medical information to anyone.
- We do not share your information with non-affiliate companies that would use it to contact you about their own products and services.
- We require persons or organizations that represent or assist us in servicing your policy and claims to keep your information confidential.
- We require our employees to protect your personal information and keep it confidential.

As you can see, protecting your personal information is important to us. In addition to the practices described above, we use a variety of physical, technical and administrative security measures that help to safeguard your information. For Social Security Numbers (SSN), this includes restricting access to our employees, agents and others who use your SSN only as permitted by law: to comply with the law, to provide you with products and services, and to handle your claims. Also, our employees' and agents' access to and use of your SSN are limited by the law, our policies and standards, and our written agreements.

Our privacy practices continue to apply to your information even if you cease to be an Allstate customer.

### What Personal Information Do We Have and Where Do We Get It

We gather personal information from you and from outside sources for business purposes. Some examples of the information we collect from you may include your name, phone number, home and e-mail addresses, driver's license number, social security number, marital status, family member information and healthcare information. Also, we maintain records that include, but are not limited to, policy coverages, premiums, and payment history. We also collect information from outside sources that may include, but is not limited to, your driving record, claims history, medical information and credit information.

In addition, Allstate and its business partners gather information through Internet activity, which may include, for example, your operating system, links you used to visit *allstate.com*, web pages you viewed while visiting our site, and cookies. We use cookies and other web tools to track how visitors use our site in order to improve the customer experience. Also, our business partners assist us with monitoring information including, but not limited to, Internet Protocol (IP) addresses, domain names and browser data, which can help us to better understand how visitors use *allstate.com*.

### How We Use and Share Your Personal Information

In the course of normal business activities, we use and share your personal information. We may provide your information to persons or organizations within and outside of Allstate. This would be done as required or permitted by law. For example, we may do this to:

- Fulfill a transaction you requested or service your policy
- Market our products to you
- Handle your claim
- Prevent fraud
- Comply with requests from regulatory and law enforcement authorities
- Participate in insurance support organizations

The persons or organizations with whom we may share your personal information may include, among others:

- Your agent, broker or Allstate-affiliated companies
- Companies that perform services, such as marketing, credit card processing, and performing communication services on our behalf
- Business partners that assist us with tracking how visitors use *allstate.com*.
- Other financial institutions with whom we have an agreement for the sale of financial products

**Page 1**

PROP *01000081205225300013070d*



# Allstate Insurance Company

Policy Number: **0 01 602514 07/06**     Your Agent:     John E Branch (301) 292-7788
For Premium Period Beginning:   **July 6, 2012**

- Other insurance companies that play a role in an insurance transaction with you
- Independent claims adjusters
- A business or businesses that conduct actuarial or research studies
- Those who request information pursuant to a subpoena or court order
- Repair shops and recommended claims vendors

### The Internet and Your Information Security

As previously stated, we use cookies to help us track visits to our website. This function also helps us identify particular users and provide them with better service and a more customized web experience. Additionally, our business partners use tracking services that utilize tags and third-party cookies to monitor visits to *allstate.com*. The website may also use Web beacons (also called "clear GIFs" or "pixel tags") in conjunction with cookies. If you prefer, you can choose to not accept cookies by changing the settings on your web browser. Also, if you would like to learn about how we gather and protect your information over the Internet, please see our online privacy statement located at the bottom of the *allstate.com* homepage.

### How You Can Review and Correct Your Personal Information

You can request to review your personal information contained in our records at any time. To do this, please send a letter to the address below requesting to see your information for the previous two years. If you believe that our information is incomplete or inaccurate, you can request that we correct it. Please note we may not be able to provide information relating to investigations, claims, litigation, and other matters. We will be happy to make corrections whenever possible.

Please send requests to:
Allstate Insurance Company Customer Privacy Inquiries
P.O. Box 40047
Roanoke, VA 24022-0047

### Your Preference for Sharing Personal Information

We would like to share your personal information with one or more Allstate affiliates in order to make you aware of different products, services and offers they can provide. However, you can request that Allstate and its affiliate companies not share your personal information with our affiliates for marketing products and services.

To request that we not allow other Allstate affiliates to use your personal information to market their products and services, you can contact us by calling 1-800-856-2518 twenty-four hours a day, seven days a week. Please keep in mind that it may take up to four weeks to process your request. If you previously contacted us and asked us not to allow other Allstate affiliates to use your personal information, your previous choice still applies and you do not need to contact us again. If you would like to change your previous choice please call the number above at any time.

### We Appreciate Your Business

Thank you for choosing Allstate. We understand your concerns about privacy and confidentiality, and we hope this notice has been helpful to you. We value our relationship with you and look forward to keeping you in Good Hands®.

We reserve the right to change our Privacy practices, procedures, and terms.

If you have questions or would like more information, please don't hesitate to contact your Allstate agent or call the Allstate Customer Information Center at 1-800-Allstate.

### For Vermont residents:

We won't share your personal information with Allstate companies for marketing purposes except as permitted by law.

Allstate Insurance Company

**Allstate affiliates to which this notice applies:** Allstate Bank, Allstate County Mutual Insurance Company, Allstate Financial Services, LLC (LSA Securities in LA and PA), Allstate Fire and Casualty Insurance Company, Allstate Indemnity Company, Allstate Investment Management Company, Allstate Life Insurance Company, Allstate Life Insurance Company of New York, Allstate Motor Club, Inc., Allstate New Jersey Insurance Company, Allstate New Jersey Property and Casualty Insurance Company , Allstate Property and Casualty Insurance Company, Allstate Texas Lloyd's, Allstate Texas Lloyd's, Inc., Deerbrook General Agency, Inc., Deerbrook Insurance Company, Forestview Mortgage Insurance Company, Lincoln Benefit Life Company, Northbrook Indemnity Company, Roadway Protection Auto Club, Inc. Please Note: Allstate affiliates American Heritage Life Insurance Company, Castle Key Insurance Company and Castle Key Indemnity Company participate in information sharing with the affiliates listed above, but have a separate privacy notice for their customers.

(ed. 04/2010)                                                                                                          X66702-1v4

# Allstate Insurance Company

Policy Number:  **0 01 602514 07/06**       Your Agent:    **John E Branch (301) 292-7788**
For Premium Period Beginning:    **July 6, 2012**

# Important Notice

## *Important Information About Your Allstate Policy*

The enclosed Policy Declarations lists important information about your policy, such as your address, the location of the insured property, the coverages and coverage limits you've chosen, and mortgagee information, if applicable. Your Policy Declarations also lists any discounts and surcharges applied to your policy.

Because much of the information found on your Policy Declarations is used to help us determine your premium, please be sure to review your Policy Declarations carefully each time you receive one. You may want to add coverage, delete coverage or change your coverage limits — or you may want to update coverage on valuable personal items, such as jewelry or artwork.

Another thing to keep in mind is that you may now qualify for discounts that you previously were not eligible to receive. For instance, in many states, Allstate offers discounts for:

- policyholders who are 55 years of age or older and who are no longer working;
- homes that contain smoke detectors and other protective devices; and
- policyholders who insure both their homes and autos with Allstate.

Please contact your Allstate representative for additional information about discount qualifications, as well as other discounts that may be available.

## *Making changes to your policy*

If you need to make a change to any of the information listed on your Policy Declarations, please notify your Allstate representative of the change as soon as possible. With a few exceptions, **any changes will be effective as of the date you notify us.**

If you have any questions about this notice, or if you need to update any of the information listed on the enclosed Policy Declarations, please contact your Allstate agent or our Customer Information Center at 1-800-ALLSTATE (1-800-255-7828).

X67106

PROP  *0100006120522530000130705*

# Allstate Insurance Company

Policy Number:  **0 01 602514 07/06**      Your Agent:      **John E Branch  (301) 292-7788**
For Premium Period Beginning:    **July  6, 2012**

# Important Notice

## *Your coverage limits have been increased*

We are writing to let you know that with this renewal, your Dwelling Protection (Coverage A) limits have been increased and, as a result, your premium has been increased accordingly.

Your policy includes a feature called " Property Insurance Adjustment" (PIA). PIA reflects changes in construction costs in your area, including material and labor costs, that may have occurred during the policy period. This information is useful in estimating the amount of insurance coverage needed to cover the cost of rebuilding your home in the event of a covered total loss.

We would like you to know that your policy's PIA recently indicated that construction costs in your market have increased. Based on this information, we have automatically increased your Dwelling Protection limits to reflect the estimated replacement cost of your home.

While we have increased your limits, we would like you to consider whether the changes we have made are sufficient. It is important for you to understand that while these estimates are based on what we believe are sound assumptions, these are only estimates, and these new limits may not provide sufficient coverage in the event of a loss. For example, if you have done any remodeling to your home which has not been updated in our records, your home's value may be higher than our current records indicate. In that case, you may want to increase your limits even more. Conversely, there is a possibility that your new limits may provide coverage in excess of the actual replacement cost of your home. For example, if you originally insured your home based on your mortgage amount and the amount of your mortgage exceeded the estimated replacement cost, you may want to call your Allstate representative to discuss the current value of your home and the possibility of lowering your limits.

If you have any questions about this change, or if you would like to update your information or discuss any possible changes, please call your Allstate representative. Together, we can help you determine the coverage limits that are right for you.

X67239

# Allstate Insurance Company

Policy Number: **0 01 602514 07/06**       Your Agent:     John E Branch (301) 292-7788
For Premium Period Beginning:     July 6, 2012

# Important Notice

## *Information about Flood Insurance*

### *Protection against flood damage*
Most homeowners, renters and commercial insurance policies do not provide coverage for damage caused by floods. In fact, protection against floods is generally available only through a separate policy.

That's why Allstate is a participant in the National Flood Insurance Program and offers standard flood insurance policies*. A flood policy can help complete the insurance protection for your property and help protect your financial well-being.

### *You may need it more than you think*
Approximately 90% of all disasters in the U.S. are flood related. While you may think that it couldn't happen to you, over 25% of all flood losses occur in low to moderate risk areas.

And because flood damage is often accompanied by other damage, such as wind and hail (which is typically covered under a property policy), selecting Allstate gives you the convenience and peace of mind that comes with working with just one claim adjuster and one agent, instead of two or more.

### *It's affordable*
The federal government sets the rates for flood insurance, so there's typically no difference in rates from policy to policy — you can generally switch to a flood insurance policy administered by Allstate for the same amount of premium. If you choose Allstate, you can have the service, convenience and comfort you've come to expect from us.

For more information about flood insurance, or if you have any questions about your policy in general, please contact your Allstate representative or visit us at *allstate.com.*

\* Allstate provides the standard flood insurance policy under the terms of the National Flood Insurance Act of 1968 and its amendments, and Title 44 of the Code of Federal Regulations. The standard flood insurance policy is written by Allstate for the National Flood Insurance Program which is administered by the Federal Insurance Administration, part of the Federal Emergency Management Agency.

*Subject to availability and qualifications. Other terms, conditions and exclusions may apply.*

PROP *010000812052253000130706*

# Allstate Insurance Company

Policy Number: **0 01 602514 07/06**      Your Agent:   **John E Branch (301) 292-7788**
For Premium Period Beginning:   **July 6, 2012**

## *Information about Scheduled Personal Property Coverage*

### *Protection for your valuables*

Allstate offers Scheduled Personal Property (SPP) coverage to help protect your valuables.

These items can include jewelry (such as engagement and wedding rings), fine art and musical instruments. Sports equipment, such as golf clubs, can also be covered by SPP.

In addition, SPP can cover valuables stored outside of your home in a safe deposit box or bank.

### *Already have SPP?*

Even if you currently have SPP coverage, it's a good idea to review your coverage annually. It's possible that the value of your property has changed or that you have purchased new items that have not been added to your coverage.

### *Affordable coverage*

The cost of SPP coverage varies, but the value of your property is the best way to determine how much coverage you need — the rates are generally a small percentage of the total value of the items you're insuring. This could mean that your valuables are being protected for only a fraction of the cost.

To learn more about SPP coverage, or if you have any questions about your insurance policy in general, contact your Allstate representative, or visit us at *allstate.com.*

*Subject to availability and qualifications. Other terms, conditions and exclusions may apply.*

X67372v1

## Allstate Insurance Company

Policy Number:  0 01 602514 07/06      Your Agent:    John E Branch  (301) 292-7788
For Premium Period Beginning:    July 6, 2012

# Important Notice

## Coverage is available with an affiliate of Allstate Insurance Company

Allstate Insurance Company provides your current policy. Homeowners insurance also is available from an affiliate of Allstate Insurance Company, Allstate Property and Casualty Insurance Company. This affiliate offers homeowners insurance policies with different qualification criteria, rating factors, prices, and policy features. For more information about Allstate Property and Casualty Insurance Company, or to obtain a quote, please contact an Allstate representative.

### Issues to Consider Before Switching Companies

When considering which company best meets your needs, it's important to carefully consider your circumstances, options, and any potential effects on your premium. It's a good idea to review copies of both policies before making a decision (Your Allstate representative can provide you with copies of each policy).

#### *Impact on Your Premium*

It's possible that Allstate Property and Casualty Insurance Company will provide you coverage at a lower premium today. However, the rates of Allstate Insurance Company and its affiliates, including Allstate Property and Casualty Insurance Company, as well as the information used to determine your premium, are subject to change at each policy period.

Therefore, it's possible that while one company's rates are lower than the other's today, they may, in some cases be higher than the other company's in the future. Similarly, policy features that are available today in one company may not be available in future policy periods, and features not available today may become available.

#### *Impact on Benefits and Renewal Offers*

Switching to Allstate Property and Casualty Insurance Company would also mean the loss of certain benefits that you now qualify for, or that you might qualify for at a later time. In addition, the tenure you've earned with Allstate Insurance Company will not carry over to the new company. In some cases, this inability to carry over your tenure to the new company could limit future renewal offers from Allstate Property and Casualty Insurance Company.

Also, if you terminate your policy with Allstate Insurance Company, you cannot go back to that company since it is not currently accepting new customers.

### Home Replacement Cost Estimating Tool Is Available

A tool for estimating home replacement cost called Residential Component Technology ™ (RCT) is available from Allstate Property and Casualty Insurance Company and Allstate Insurance Company. This tool is designed to help insurers estimate the minimum amount for which the company will insure a home.

If you request a quote from Allstate Property and Casualty Insurance Company, RCT will be used. If you continue insuring your home with Allstate Insurance Company, you can request that RCT be used to estimate the replacement cost of your home. An RCT estimate requires you to provide information about the interior and exterior characteristics of your home.

And remember that your insurance limits must be at least as high as the minimum amount determined by your insurer (although they can be higher), regardless of the estimating tool used. It is up to you to consider whether your policy's coverage limits are appropriate for your needs.

If you'd like to know more about the information in this notice or about our other insurance products, contact your local Allstate representative.

X72044

PROP  *010000812052253000130707*



# Policy Endorsement

***The following endorsement changes your policy. Please read this document carefully and keep it with your policy.***

*This Endorsement Changes Your Policy — Keep It With Your Policy*

## District of Columbia
## Deluxe and Deluxe Plus Homeowners Amendatory Endorsement — AP1836

This endorsement amends your Deluxe and Deluxe Plus Homeowners Policy and is in addition to all other amendatory endorsements which apply to this policy.

I.   In **Section I — Your Property**, under **Losses We Do Not Cover Under Coverages A and B**, item 15.d), "rust or other corrosion, mold, wet or dry rot", is replaced by:

15.  d) rust or other corrosion;

II.   In **Section I — Your Property**, under **Losses We Do Not Cover Under Coverages A and B**, the following is added:

24.  Mold, fungus, wet rot, dry rot or bacteria. This includes any loss which, in whole or in part, arises out of, is aggravated by or results from mold, fungus, wet rot, dry rot or bacteria.

This exclusion applies regardless of whether mold, fungus, wet rot, dry rot or bacteria arises from any other cause of loss, including but not limited to a loss involving water, water damage or discharge, which may otherwise be covered by this policy, except as specifically provided in **Section I, Conditions — Mold, Fungus, Wet Rot and Dry Rot Remediation as a Direct Result of a Covered Water Loss.**

III.   In **Section I — Your Property**, under **Losses We Do Not Cover Under Coverage C**, the following is added:

16.  Mold, fungus, wet rot, dry rot or bacteria. This includes any loss which, in whole or in part, arises out of, is aggravated by or results from mold, fungus, wet rot, dry rot or bacteria.

This exclusion applies regardless of whether mold, fungus, wet rot, dry rot or bacteria arises from any other cause of loss, including but not limited to a loss involving water, water damage or discharge, which may otherwise be covered by this policy, except as specifically provided in **Section I, Conditions — Mold, Fungus, Wet Rot and Dry Rot Remediation as a Direct Result of a Covered Water Loss.**

IV.   In **Section I — Your Property**, under **Additional Protection — Additional Living Expense** is replaced by the following:

1.  **Additional Living Expense**

a) We will pay the reasonable increase in living expenses necessary to maintain **your** normal standard of living when a direct physical loss **we** cover under **Coverage A — Dwelling Protection, Coverage B — Other Structures Protection** or **Coverage C — Personal Property Protection** makes **your residence premises** uninhabitable. However, additional living expense due to remediation of mold, fungus, wet rot or dry rot will not be paid in addition to any amounts paid or payable under **Section I, Conditions — Mold, Fungus, Wet Rot and Dry Rot Remediation as a Direct Result of a Covered Water Loss.**

Payment for additional living expense as a result of a covered loss under **Coverage A — Dwelling Protection, Coverage B — Other Structures Protection** or **Coverage C — Personal Property Protection** will be limited to the least of the following:

1) the time period required to repair or replace the property **we** cover, using due diligence and dispatch; or
2) if **you** permanently relocate, the shortest time for **your** household to settle elsewhere;
3) 12 months.

b) We will pay **your** lost fair rental income resulting from a covered loss under **Coverage A — Dwelling Protection, Coverage B — Other Structures Protection** or **Coverage C — Personal Property Protection**, less charges and expenses which do not continue, when a loss **we** cover under **Coverage A — Dwelling Protection, Coverage B — Other Structures Protection** or **Coverage C — Personal Property Protection** makes the part of the **residence premises you** rent to others, or hold for rental, uninhabitable. We will pay for lost fair rental income for the shortest time required to repair or replace the part rented or held for rental but not to exceed 12 months. However, payments for **your** lost fair rental income expense due to remediation of mold, fungus, wet rot or dry rot will not be paid in addition to any amounts paid or payable under **Section I, Conditions — Mold, Fungus, Wet Rot and Dry Rot Remediation as a Direct Result of a Covered Water Loss.**

c) We will pay the reasonable and necessary increase in living expenses and the lost fair rental income for up to two weeks should civil authorities prohibit the use of the **residence premises** due to a loss at a neighboring premises caused by a loss **we** insure against. However, payments for increase in living expenses or **your** lost fair rental income expense due to remediation of mold, fungus, wet rot or dry rot will not be paid in addition to any amounts paid or payable under **Section I, Conditions — Mold, Fungus, Wet Rot and Dry Rot Remediation as a Direct Result of a Covered Water Loss.**

These periods of time are not limited by the termination of this policy.

We do not cover any lost income or expense due to the cancellation of a lease or agreement.

No deductible applies to this protection.

V.   In **Section I — Conditions**, under item 5, **How We Pay For A Loss**, sub-item c) Building Structure Reimbursement, the first paragraph is replaced by the following:

c) Building Structure Reimbursement. Under **Coverage A — Dwelling Protection** and **Coverage B - Other Structures Protection**, **we** will make additional payment to reimburse **you** for cost in excess

of actual cash value if **you** repair, rebuild or replace damaged, destroyed or stolen covered property within 180 days of the actual cash value payment. This additional payment includes the reasonable and necessary expense for treatment or removal and disposal of contaminants, toxins or pollutants as required to complete repair or replacement of that part of a **building structure** damaged by a covered loss. This additional payment shall not include any amounts which may be paid or payable under **Section I, Conditions —Mold, Fungus, Wet Rot and Dry Rot Remediation as a Direct Result of a Covered Water Loss**, and shall not be payable for any losses excluded in **Section I— Your Property**, under **Losses We Do Not Cover Under Coverages A and B**, item 24.

VI.     In **Section I— Conditions**, the following is added:

19. **Mold, Fungus, Wet Rot and Dry Rot Remediation as a Direct Result of a Covered Water Loss**

In the event of a covered water loss under **Coverage A—Dwelling Protection, Coverage B— Other Structures Protection** or **Coverage C—Personal Property Protection, we** will pay up to $5,000 for mold, fungus, wet rot or dry rot **remediation**.

**Remediation** means the reasonable and necessary treatment, removal or disposal of mold, fungus, wet rot or dry rot as required to complete repair or replacement of property **we** cover under **Coverage A—Dwelling Protection, Coverage B—Other Structures Protection** or **Coverage C—Personal Property Protection** damaged by a covered water loss, including payment for any reasonable increase in living expenses necessary to maintain **your** normal standard of living if mold, fungus, wet rot or dry rot makes **your residence premises** uninhabitable. **Remediation** also includes any investigation or testing to detect, measure or evaluate mold, fungus, wet rot or dry rot.

This Condition does not increase the limits of liability under **Coverage A—Dwelling Protection, Coverage B—Other Structures Protection** or **Coverage C—Personal Property Protection.**

VII.    In **Section II—Family Liability and Guest Medical Protection**, under **Losses We Do Not Cover Under Coverage X**, the following is added:

17. We do not cover **bodily injury** or **property damage** which, in whole or in part, arises out of, is aggravated by or results from mold, fungus, wet rot, dry rot or bacteria.

18. We do not cover any liability imposed upon any **insured person** by any governmental authority for **bodily injury** or **property damage** which, in whole or in part, arises out of, is aggravated by or results from mold, fungus, wet rot, dry rot or bacteria.

VIII.   In **Section II—Family Liability and Guest Medical Protection**, under **Losses We Do Not Cover Under Coverage Y**, the following is added:

14. We do not cover **bodily injury** which, in whole or in part, arises out of, is aggravated by or results from mold, fungus, wet rot, dry rot or bacteria.

All other policy terms and conditions apply.

Page 3

# Policy Endorsement

*The following endorsement changes your policy. Please read this document carefully and keep it with your policy.*

*This Endorsement Changes Your Policy— Keep It With Your Policy*

## District of Columbia
## Deluxe, Deluxe Plus, and Deluxe Select Value
## Amendatory Endorsement — AP218-1

I.   In the **General** section, the following changes are made:

    A.   Under the **Definitions Used In This Policy** provision in subsection d), **insured persons** is replaced by the following:

        (d)   with respect to the use of any vehicle covered by this policy, any person using the vehicle with **your** consent.

    B.   The **Cancellation** provision is replaced by the following:

        Cancellation
        **Your** Right To Cancel:
        **You** may cancel this policy by notifying **us** of the future date **you** wish to stop coverage.

        **Our** Right To Cancel
        **Allstate** may cancel this policy by mailing notice to **you** at the mailing address shown on the Policy Declarations. When this policy has been in effect for 30 days or less, and it is not a renewal with **us, we** may cancel this policy for any reason by giving **you** at least 10 days notice before the cancellation takes effect.

        When the policy has been in effect for more than 30 days, or if it is a renewal with **us, we** may cancel this policy for one or more of the following reasons by giving **you** at least 30 days notice:

        (1)   Non-payment of premium;

        (2)   The policy was obtained by misrepresentation, fraud or concealment of material facts;

        (3)   The property, or use of the property, has materially changed with respect to its insurability.

        **Our** mailing the notice of cancellation to **you** will be deemed to be proof of stated on the cancellation notice. **Your** return premium, if any, will be calculated on a pro rata basis and

Page 1

refunded at the time of cancellation or as soon as possible. However, refund of unearned premium is not a condition of cancellation.

**Our** Right Not to Renew or Continue:
**Allstate** has the right not to renew or continue the policy beyond the current premium period. If **we** do not intend to continue or renew the policy, **we** will mail **you** notice at least 30 days before the end of the premium period. **Our** mailing the notice of non-renewal to **you** will be deemed proof of notice.

C.   The following provisions are added:

**What Law Will Apply**
This policy is issued in accordance with the laws of the District of Columbia and covers property or risks principally located in the District of Columbia. Subject to the following paragraph, the laws of the District of Columbia shall govern any and all claims or disputes in any way related to this policy.

If a covered loss to property, or any other **occurrence** for which coverage applies under this policy happens outside the District of Columbia, claims or disputes regarding that covered loss to property, or any other covered **occurrence** may be governed by the laws of the jurisdiction in which that covered loss to property, or other covered **occurrence** happened, only if the laws of that jurisdiction would apply in the absence of a contractual choice of law provision such as this.

**Where Lawsuits May Be Brought**
Subject to the following two paragraphs, any and all lawsuits in any way related to this policy, shall be brought, heard and decided only in a state or federal court located in the District of Columbia. Any and all lawsuits against persons not parties to this policy but involved in the sale, administration, performance, or alleged breach of this policy, or otherwise related to this policy, shall be brought, heard and decided only in a state or federal court located in the District of Columbia, provided that such persons are subject to or consent to suit in the courts specified in this paragraph.

If a covered loss to property, or any other **occurrence** for which coverage applies under this policy happens outside the District of Columbia, lawsuits regarding that covered loss to property, or any other covered **occurrence** may also be brought in the judicial district where that covered loss to property, or any other covered **occurrence** happened.

Nothing in this provision, **Where Lawsuits May Be Brought**, shall impair any party's right to remove a state court lawsuit to a federal court.

II.   In **Section I — Your Property**, the following changes are made:

A.   Under the **Coverage C — Personal Property Protection** provision, items 2. and 3. in **Limitations on Certain Personal Property** are replaced by the following:

2.   $250 - Property used or intended for use in a **business** while away from the **residence**

premises. This does not include electronic data processing equipment or the recording or storage media used with that equipment.

3.  $2500 - Property used or intended for use in a **business**, including property held as samples or for sale or delivery after sale, while the property is on the **residence premises**. This does not include electronic data processing equipment or the recording or storage media used with that equipment.

B. Under the **Limitations on Certain Personal Property** provision, the limitation on theft of rugs is deleted.

C. Under the **Additional Protection** provision, **Trees, Shrubs, Plants and Lawns** is replaced by the following:

7.  **Trees, Shrubs, Plants and Lawns**
    **We** will pay up to 5% of the limit of liability shown on the Policy Declarations under **Coverage A — Dwelling Protection** for loss to trees, shrubs, plants and lawns at the address of the **residence premises**. **We** will not pay more than $500 for any one tree, shrub, or plant including expenses incurred for removing debris. This coverage applies only to direct physical loss caused by fire or lightning, explosion, riot or civil commotion, aircraft, vehicles not owned by an occupant of the **residence premises**, vandalism or malicious mischief, theft or collapse of a **building structure** or any part of a **building structure.**

    **We** will pay up to $500 for reasonable expenses you incur for the removal of debris of trees at the address of the **residence premises** for direct physical loss caused by windstorm, hail, or weight of ice, snow or sleet. The fallen tree must have caused damage to property covered under **Coverage A — Dwelling Protection** or **Coverage B — Other Structures Protection.**

    **We** do not cover trees, shrubs, plants, or lawns grown for **business** purposes.

III.   In **Section II— Family Liability and Guest Medical Protection**, under the **Additional Protection** provision, the following changes are made:

A. Under **Claims Expenses,** item f) is added:

f)  pre-judgment interest awarded against an **insured person** on that part of the judgment **we** pay. After **we** make an offer to pay the applicable limit of liability, **we** are not obligated to make any further pre-judgment interest payments.

B. Under **Damage To Property Of Others** the following is added to the second paragraph:

This exclusion does not apply to motorized land vehicles designed principally for recreational use off public roads, not subject to motor vehicle registration and not owned by an **insured person.**

All other policy terms and conditions apply.

# Allstate Insurance Company
# Deluxe Plus
# Homeowners
# Policy

////////////////

**Policy:** ((((((((((((((((  **Effective:** /////////////////

Issued to:
)))))))))))))))))))))))))))))))))
)))))))))))))))))))))))))))))))))
)))))))))))))))))))))))))))))))))
)))))))))))))))))))))))))))))))))

//////////////////////////////////////
(((((((((((((((((((((((((((((((((((((((((
(((((((((((((((((((((((((((((((((((
((((((((((((((((((((((((((((((((((

Allstate Insurance Company
The Company Named in the Policy Declarations
A Stock Company—Home Office: Northbrook, Illinois 60062



AP337

*Table of Contents*

*General*
Definitions Used In This Policy.................................. 2
Insuring Agreement.................................................. 3
Agreements We Make With You .................................. 4
Conformity To State Statutes ...................................... 4
Coverage Changes ..................................................... 4
Policy Transfer .......................................................... 4
Continued Coverage After Your Death.................... 4
Cancellation ............................................................... 4
Concealment Or Fraud .............................................. 5

*Section I — Your Property*

*Coverage A*
*Dwelling Protection*
Property We Cover Under Coverage A ..................... 5
Property We Do Not Cover Under Coverage A........ 5

*Coverage B*
*Other Structures Protection*
Property We Cover Under Coverage B ..................... 5
Property We Do Not Cover Under Coverage B ........ 5
Losses We Cover Under Coverages A and B ........... 5
Losses We Do Not Cover Under
   Coverages A and B ............................................... 6

*Coverage C*
*Personal Property Protection*
Property We Cover Under Coverage C ..................... 8
Limitations On Certain Personal Property ............... 8
Property We Do Not Cover Under Coverage C........ 9
Losses We Cover Under Coverage C......................... 9
Losses We Do Not Cover Under Coverage C........ 10

*Additional Protection*
Additional Living Expense........................................ 12
Credit Card, Bank Fund Transfer Card,
   Check Forgery and Counterfeit Money .............. 12
Debris Removal.......................................................... 13
Emergency Removal Of Property ............................ 13
Fire Department Charges........................................... 13
Temporary Repairs After A Loss ............................ 13
Trees, Shrubs, Plants and Lawns............................. 13
Temperature Change.................................................. 13
Power Interruption..................................................... 13
Building Codes .......................................................... 14
Arson Reward ............................................................ 14
Collapse...................................................................... 14
Land............................................................................ 14

Lock Replacement..................................................... 14

*Section I Conditions*
Deductible................................................................... 14
Insurable Interest and Our Liability ....................... 14
What You Must Do After A Loss ............................ 15
Our Settlement Options ............................................ 15
How We Pay For A Loss........................................... 15
Our Settlement Of Loss ............................................ 17
Appraisal..................................................................... 17
Abandoned Property.................................................. 17
Permission Granted To You...................................... 18
Our Rights To Recover Payment.............................. 18
Our Rights To Obtain Salvage.................................. 18
Suit Against Us .......................................................... 18
Loss To A Pair Or Set............................................... 18
Glass Replacement.................................................... 18
No Benefit To Bailee ................................................ 18
Other Insurance.......................................................... 18
Property Insurance Adjustment ............................... 18
Mortgagee ................................................................... 19

*Section II — Family Liability and*
*Guest Medical Protection*

*Coverage X*
*Family Liability Protection*
Losses We Cover Under Coverage X ....................... 19
Losses We Do Not Cover Under Coverage X ......... 19

*Coverage Y*
*Guest Medical Protection*
Losses We Cover Under Coverage Y ....................... 21
Losses We Do Not Cover Under Coverage Y ......... 21

*Additional Protection*
Claim Expenses.......................................................... 23
Emergency First Aid.................................................. 23
Damage To Property Of Others ............................... 23

*Section II Conditions*
What You Must Do After An Accidental Loss........ 23
What An Injured Person Must Do — Coverage Y —
   Guest Medical Protection................................... 24
Our Payment of Loss — Coverage Y —
   Guest Medical Protection................................... 24
Our Limits Of Liability............................................. 24
Bankruptcy.................................................................. 24

Our Rights To Recover Payment — Coverage X —
    Family Liability Protection........................24
Suit Against Us..............................................24
Other Insurance — Coverage X
    Family Liability Protection........................24

### Section III — Optional Protection

**Optional Coverages You May Buy**
Coverage BP
Increase Coverage On Business Property............24
Coverage DP
Increased Coverage On Electronic
    Data Processing Equipment.....................24
Coverage F
Fire Department Charges................................25
Coverage G
Loss Assessments .......................................25
Coverage J
Extended Coverage On Jewelry, Watches
    and Furs.................................................25
Coverage K
Incidental Office, Private School Or Studio..........26
Coverage M
Increased Coverage On Money......................26
Coverage P
Business Pursuits .......................................26
Coverage S
Increased Coverage On Securities.................27
Coverage SD
Satellite Dish Antenna Systems ...................27
Coverage SE
Portable Cellular Communication Systems..........27
Coverage ST
Increased Coverage On Theft Of Silverware........27

### Definitions Used In This Policy

1. **"You"** or **"your"** — means the person named on
   the Policy Declarations as the insured and that
   person's resident spouse.

2. **"Allstate," "we," "us,"** or **"our"** — means the
   company named on the Policy Declarations.

3. **"Insured person(s)"** — means you and, if a
   resident of **your** household:
   a) any relative; and
   b) any dependent person in **your** care.

Under **Coverage X — Family Liability
Protection** and **Coverage Y — Guest Medical
Protection, "insured person"** also means:
   c) any person or organization legally
      responsible for loss caused by animals or
      watercraft covered by this policy which are
      owned by an **insured person**. **We** do not
      cover any person or organization using or
      having custody of animals or watercraft in
      any **business,** or without permission of the
      owner.
   d) with respect to the use of any vehicle
      covered by this policy, any person while
      engaged in the employment of an **insured
      person.**

4. **"Bodily injury"** — means physical harm to the
   body, including sickness or disease, and
   resulting death, except that **bodily injury** does
   not include:
   a) any venereal disease;
   b) Herpes;
   c) Acquired Immune Deficiency Syndrome
      (AIDS);
   d) AIDS Related Complex (ARC);
   e) Human Immunodeficiency Virus (HIV);

   or any resulting symptom, effect, condition,
   disease or illness related to (a) through (e) listed
   above.

   Under **Coverage Y — Guest Medical
   Protection, bodily injury** means physical harm
   to the body, including sickness or disease,
   except that **bodily injury** does not include:
   a) any venereal disease;
   b) Herpes;
   c) Acquired Immune Deficiency Syndrome
      (AIDS);
   d) AIDS Related Complex (ARC);
   e) Human Immunodeficiency Virus (HIV);

   or any resulting symptom, effect, condition,
   disease or illness related to (a) through (e) listed
   above.

5. **"Building structure"** — means a structure with
   walls and a roof.

6. "Business" — means:
   a) any full or part-time activity of any kind engaged in for economic gain including the use of any part of any premises for such purposes. The providing of home day care services to other than an **insured person** or relative of an **insured person** for economic gain is also a **business**.

   However, the mutual exchange of home day care services is not considered a **business**;
   b) any property rented or held for rental by an **insured person**. Rental of **your residence premises** is not considered a **business** when:
      1) it is rented occasionally for residential purposes;
      2) a portion is rented to not more than two roomers or boarders; or
      3) a portion is rented as a private garage.

7. "Residence premises" — means the dwelling, other structures and land located at the address stated on the Policy Declarations.

8. "Insured premises" — means:
   a) the **residence premises**; and
   b) under **Section II** only:
      1) the part of any other premises, other structures and grounds used by **you** as a residence. This includes premises, structures and grounds **you** acquired for **your** use as a private residence while this policy is in effect;
      2) any part of a premises not owned by an **insured person** but where an **insured person** is temporarily living;
      3) cemetery plots or burial vaults owned by an **insured person**;
      4) vacant land, other than farmland, owned by or rented to an **insured person**;
      5) land owned by or rented to an **insured person** where a one, two, three or four family dwelling is being built as that person's residence;
      6) any premises used by an **insured person** in connection with the **residence premises**;

   7) any part of a premises occasionally rented to an **insured person** for other than **business** purposes.

9. "Occurrence" — means an accident, including continuous or repeated exposure to substantially the same general harmful conditions during the policy period, resulting in **bodily injury** or **property damage**.

10. "Property damage" — means physical injury to or destruction of tangible property, including loss of its use resulting from such physical injury or destruction.

11. "Residence employee" — means an employee of an **insured person** while performing duties arising out of and in the course of employment in connection with the maintenance or use of **your residence premises**. This includes similar duties performed elsewhere for an **insured person**, not in connection with the **business** of an **insured person**.

12. "Dwelling" — means a one, two, three or four family **building** structure, identified as the insured property on the Policy Declarations, where **you** reside and which is principally used as a private residence.

## Insuring Agreement

In reliance on the information **you** have given **us**, Allstate agrees to provide the coverages indicated on the Policy Declarations. In return, **you** must pay the premium when due and comply with the policy terms and conditions, and inform **us** of any change in title, use or occupancy of the **residence premises**.

Subject to the terms of this policy, the Policy Declarations shows the location of the **residence premises**, applicable coverages, limits of liability and premiums. The policy applies only to losses or **occurrences** that take place during the policy period. The policy period is shown on the Policy Declarations. This policy is not complete without the Policy Declarations.

The terms of this policy impose joint obligations on the person named on the Policy Declarations as the insured and on that person's resident spouse. These

persons are defined as **you** or **your**. This means that the responsibilities, acts and omissions of a person defined as **you** or **your** will be binding upon any other person defined as **you** or **your**.

The terms of this policy impose joint obligations on persons defined as an **insured person**. This means that the responsibilities, acts and failures to act of a person defined as an **insured person** will be binding upon another person defined as an **insured person**.

### Agreements We Make With You
We make the following agreements with you:

### Conformity to State Statutes
When the policy provisions conflict with the statutes of the state in which the **residence premises** is located, the provisions are amended to conform to such statutes.

### Coverage Changes
When Allstate broadens coverage during the premium period without charge, **you** have the new features if **you** have the coverage to which they apply. Otherwise, the policy can be changed only by endorsement.

The coverage provided and the premium for the policy is based on information **you** have given **us**. **You** agree to cooperate with **us** in determining if this information is correct and complete. **You** agree that if this information changes, is incorrect or incomplete, **we** may adjust **your** coverage and premium accordingly during the policy period.

Any calculation of **your** premium or changes in **your** coverage will be made using the rules, rates and forms on file, if required, for **our** use in **your** state. The rates in effect at the beginning of **your** current premium period will be used to calculate any change in **your** premium.

### Policy Transfer
**You** may not transfer this policy to another person without **our** written consent.

### Continued Coverage After Your Death
If **you** die, coverage will continue until the end of the premium period for:
1) **your** legal representative while acting as such, but only with respect to the **residence premises**

and property covered under this policy on the date of **your** death.
2) an **insured person**, and any person having proper temporary custody of **your** property until a legal representative is appointed and qualified.

### Cancellation
**Your** Right to Cancel:
**You** may cancel this policy by notifying **us** of the future date **you** wish to stop coverage.

**Our** Right to Cancel:
Allstate may cancel this policy by mailing notice to **you** at the mailing address shown on the Policy Declarations. When this policy has been in effect for less than 60 days, and it is not a renewal with **us**, **we** may cancel this policy for any reason by giving **you** at least 10 days notice before the cancellation takes effect.

When the policy has been in effect for 60 days or more, or if it is a renewal with **us**, **we** may cancel this policy for one or more of the following reasons:
1) non-payment of premium;
2) the policy was obtained by misrepresentation, fraud or concealment of material facts;
3) material misrepresentation, fraud or concealment of material fact in presenting a claim, or violation of any of the policy terms; or
4) there has been a substantial change or increase in hazard in the risk **we** originally accepted.

If the cancellation is for non-payment of premium, **we** will give **you** at least 10 days notice. If the cancellation is for any of the other reasons, **we** will give **you** at least 30 days notice.

**Our** mailing the notice of cancellation to **you** will be deemed proof of notice. Coverage under this policy will terminate on the effective date and hour stated on the cancellation notice. **Your** return premium, if any, will be calculated on a pro rata basis and refunded at the time of cancellation or as soon as possible. However, refund of unearned premium is not a condition of cancellation.

**Our** Right Not to Renew or Continue:
Allstate has the right not to renew or continue the policy beyond the current premium period. If **we** do not intend to continue or renew the policy, **we** will mail **you** notice at least 30 days before the end of the

Page 4

premium period. **Our** mailing the notice of nonrenewal to **you** will be deemed proof of notice.

### Concealment Or Fraud

This policy is void if it was obtained by misrepresentation, fraud or concealment of material facts. If it is determined that this policy is void, all premiums paid will be returned to **you** since there has been no coverage under this policy.

**We** do not cover any loss or **occurrence** in which any **insured person** has concealed or misrepresented any material fact or circumstance.

## Section I — Your Property

### Coverage A
### Dwelling Protection

#### Property We Cover Under Coverage A:

1. **Your dwelling** including attached structures. Structures connected to **your dwelling** by only a fence, utility line, or similar connection are not considered attached structures.

2. Construction materials and supplies at the **residence premises** for use in connection with **your dwelling.**

3. Wall-to-wall carpeting fastened to **your dwelling.**

#### Property We Do Not Cover Under Coverage A:

1. Any structure including fences or other property covered under **Coverage B — Other Structures Protection.**

2. Land, except as specifically provided in **Section I — Additional Protection** under item 13, "Land."

3. Satellite dish antennas and their systems, whether or not attached to **your dwelling.**

### Coverage B
### Other Structures Protection

#### Property We Cover Under Coverage B:

1. Structures at the address shown on the Policy Declarations separated from **your dwelling** by clear space.

2. Structures attached to **your dwelling** by only a fence, utility line, or similar connection.

3. Construction materials and supplies at the address of the **residence premises** for use in connection with structures other than **your dwelling.**

4. Wall-to-wall carpeting fastened to other **building structures.**

#### Property We Do Not Cover Under Coverage B:

1. Structures used in whole or in part for **business** purposes.

2. Any structure or other property covered under **Coverage A — Dwelling Protection.**

3. Land, no matter where located, or the replacement, rebuilding, restoration, stabilization or value of any such land.

4. Construction materials and supplies at the address of the **residence premises** for use in connection with the **dwelling.**

5. Satellite dish antennas and their systems, whether or not attached to **building structures.**

### Losses We Cover Under Coverages A and B:

**We** will cover sudden and accidental direct physical loss to property described in **Coverage A — Dwelling Protection** and **Coverage B — Other Structures Protection** except as limited or excluded in this policy.

Page 5

### Losses We Do Not Cover Under Coverages A and B:

We do not cover loss to the property described in **Coverage A — Dwelling Protection** or **Coverage B — Other Structures Protection** consisting of or caused by:

1. Flood, including, but not limited to, surface water, waves, tidal water or overflow of any body of water, or spray from any of these, whether or not driven by wind.

2. Water or any other substance that backs up through sewers or drains.

3. Water or any other substance that overflows from a sump pump, sump pump well or other system designed for the removal of subsurface water which is drained from a foundation area of a structure.

4. Water or any other substance on or below the surface of the ground, regardless of its source. This includes water of any other substance which exerts pressure on, or flows, seeps or leaks through any part of the **residence premises**.

   We do cover sudden and accidental direct physical loss caused by fire, explosion or theft resulting from items 1 through 4 listed above.

5. Earth movement of any type, including, but not limited to earthquake, volcanic eruption, lava flow, landslide, subsidence, mudflow, pressure, sinkhole, erosion, or the sinking, rising, shifting, creeping, expanding, bulging, cracking, settling or contracting of the earth. This exclusion applies whether or not the earth movement is combined with water.

   We do cover sudden and accidental direct physical loss caused by fire, explosion, theft or breakage of glass or safety glazing materials resulting from earth movement.

6. Enforcement of any building codes, ordinances or laws regulating the construction, reconstruction, maintenance, repair, placement or demolition of any **building structure** or other land at the **residence premises**, except as specifically provided in **Section I, Additional Protection** under item 10, — "Building Codes".

   We do cover sudden and accidental direct physical loss caused by actions of civil authority to prevent the spread of fire.

7. The failure by any **insured person** to take all reasonable steps to preserve property when the property is endangered by a cause of loss we cover.

8. Any substantial change or increase in hazard, if changed or increased by any means within the control or knowledge of an **insured person**.

9. Intentional or criminal acts of or at the direction of any insured person, if the loss that occurs:
   a) may be reasonably expected to result from such acts; or
   b) is the intended result of such acts.

   This exclusion applies regardless of whether or not the **insured person** is actually charged with, or convicted of a crime.

10. Nuclear action, meaning nuclear reaction, discharge, radiation or radioactive contamination or any consequence of any of these. Loss caused by nuclear action is not considered loss by fire, explosion or smoke.

    We do cover sudden and accidental direct physical loss by fire resulting from nuclear action.

11. War or warlike acts, including but not limited to, insurrection, rebellion or revolution.

12. Collapse, except as specifically provided in **Section I — Additional Protection** under item 12, "Collapse."

13. Soil conditions, including but not limited to, corrosive action, chemicals, compounds, elements, suspensions, crystal formations or gels in the soil.

14. Vapors, fumes, acids, toxic chemicals, toxic gasses, toxic liquids, toxic solids, waste materials or other irritants, contaminants or pollutants.

In addition, we do not cover loss consisting of or caused by any of the following:

15. a) wear and tear, aging, marring, scratching, deterioration, inherent vice, or latent defect;
b) mechanical breakdown;
c) growth of trees, shrubs, plants or lawns whether or not such growth is above or below the surface of the ground;
d) rust or other corrosion, mold, wet or dry rot;
e) contamination, including, but not limited to the presence of toxic, noxious, or hazardous gasses, chemicals, liquids, solids or other substances at the **residence premises** or in the air, land or water serving the **residence premises**;
f) smog, smoke from the manufacturing of any controlled substance, agricultural smudging and industrial operations;
g) settling; cracking; shrinking; bulging or expansion of pavements, patios, foundations, walls, floors, roofs or ceilings;
h) insects, rodents, birds or domestic animals. We do cover the breakage of glass or safety glazing materials caused by birds; or
i) seizure by government authority.

If any of (a) through (h) cause the sudden and accidental escape of water or steam from a plumbing, heating or air conditioning system, household appliance or fire protective sprinkler system within **your dwelling**, we cover the direct physical damage caused by the water or steam. If loss to covered property is caused by water or steam not otherwise excluded, **we** will cover the cost of tearing out and replacing any part of **your dwelling** necessary to repair the system or appliance. This does not include damage to the defective system or appliance from which the water escaped.

16. Freezing of plumbing, fire protective sprinkler systems, heating or air conditioning systems or household appliances, or discharge, leakage or overflow from within the systems or appliances caused by freezing, while the **building structure** is vacant, unoccupied or being constructed unless **you** have used reasonable care to:
a) maintain heat in the **building structure**; or

b) shut off the water supply and drain the system and appliances.

17. Freezing, thawing, pressure or weight of water or ice, whether driven by wind or not. This exclusion applies only to fences, pavements, patios, swimming pools, foundations, retaining walls, bulkheads, piers, wharves or docks.

18. Seepage, meaning continuous or repeated seepage or leakage over a period of weeks, months, or years, of water, steam or fuel:
a) from a plumbing, heating, air conditioning or automatic fire protection system or from within a domestic appliance; or
b) from, within or around any plumbing fixtures, including, but not limited to shower stalls, shower baths, tub installations, sinks or other fixtures designed for the use of water or steam.

19. Theft from **your residence premises** while **your dwelling** is under construction, or of materials and supplies for use in construction, until **your dwelling** is completed and occupied.

20. Vandalism or Malicious Mischief if **your dwelling** is vacant or unoccupied for more than 30 consecutive days immediately prior to the vandalism or malicious mischief. A dwelling under construction is not considered vacant or unoccupied.

21. Weather Conditions that contribute in any way with a cause of loss excluded in this section to produce a loss.

22. Planning, Construction or Maintenance, meaning faulty, inadequate or defective:
a) planning, zoning, development, surveying, siting;
b) design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;
c) materials used in repair, construction, renovation or remodeling; or
d) maintenance;

of property whether on or off the **residence premises** by any person or organization.

Page 7

23. We do not cover loss to covered property described in **Coverage A—Dwelling Protection** or **Coverage B—Other Structures Protection** when:
   a) there are two or more causes of loss to the covered property; and
   b) the predominant cause(s) of loss is (are) excluded under **Losses We Do Not Cover**, items 1 through 22 above.

## Coverage C
## Personal Property Protection

### Property We Cover Under Coverage C:

1. Personal property owned or used by an **insured person** anywhere in the world. When personal property is located at a residence other than the **residence premises**, coverage is limited to 10% of **Coverage C—Personal Property Protection**. This limitation does not apply to personal property in a newly acquired principal residence for the 30 days immediately after **you** begin to move property there or to personal property in student dormitory, fraternity or sorority housing.

2. At **your** option, personal property owned by a guest or **residence employee** while the property is in a residence **you** are occupying.

### Limitations On Certain Personal Property:

Limitations apply to the following groups of personal property. If personal property can reasonably be considered a part of two or more of the groups listed below, the lowest limit will apply. These limitations do not increase the amount of insurance under **Coverage C—Personal Property Protection**. The total amount of coverage for each group in any one loss is as follows:

1. $ 200 — Money, bullion, bank notes, coins and other numismatic property.

2. $ 200 — Property used or intended for use in a **business** while the property is away from the **residence premises**. This does not include electronic data processing equipment or the recording or storage media used with that equipment.

3. $ 2,000 — Property used or intended for use in a **business**, including property held as samples or for sale or delivery after sale, while the property is on the **residence premises**. This does not include electronic data processing equipment or the recording or storage media used with that equipment.

4. $ 1,000 — Trading cards, subject to a maximum amount of $250 per item.

5. $ 1,000 — Accounts, bills, deeds, evidences of debt, letters of credit, notes other than bank notes, passports, securities, tickets, and stamps, including philatelic property.

6. $ 1,000 — Manuscripts, including documents stored on electronic media.

7. $ 2,000 — Watercraft, including their attached or unattached trailers, furnishings, equipment, parts and motors.

8. $ 1,000 — Trailers not used with watercraft.

9. $ 2,500 — Theft of jewelry, watches, precious and semi-precious stones, gold other than goldware, silver other than silverware, platinum and furs, including any item containing fur which represents its principal value; subject to a maximum amount of $1,000 per item.

10. $ 2,000 — Any motorized land vehicle parts, equipment or accessories not attached to or located in or upon any motorized land vehicle.

11. $ 3,000 — Theft of firearms.

12. $ 2,500 — Theft of silverware, pewterware and goldware.

Page 8

13. $ 5,000 — Electronic data processing equipment and the recording or storage media used with that equipment whether or not the equipment is used in a **business**. Recording or storage media will be covered only up to:
   a) the retail value of the media, if pre-programmed; or
   b) or the retail value of the media in blank or unexposed form, if blank or self-programmed.

14. $10,000 — Theft of rugs, including, but not limited to, any handwoven silk or wool rug, carpet, tapestry, wallhanging or other similar article whose principal value is determined by its color, design, quality of wool or silk, quality of weaving, condition or age; subject to a maximum amount of $2,500 per item.

### Property We Do Not Cover Under Coverage C:

1. Personal property specifically described and insured by this or any other insurance.

2. Animals.

3. Motorized land vehicles, including, but not limited to any land vehicle powered or assisted by a motor or engine. We do not cover any motorized land vehicle parts, equipment or accessories attached to or located in or upon any motorized land vehicle. We do cover motorized land vehicles designed for assisting the handicapped or used solely for the service of the **insured premises** and not licensed for use on public roads.

4. Aircraft and aircraft parts. This does not include model or hobby craft not designed to carry people or cargo.

5. Property of roomers, boarders, tenants not related to an **insured person**.

6. Property located away from the **residence premises** and rented or held for rental to others.

7. Any device, cellular communication system, radar signal reception system, accessory or antenna designed for reproducing, detecting, receiving, transmitting, recording or playing back data, sound or picture which may be powered by electricity from a motorized land vehicle or watercraft and while in or upon a motorized land vehicle or watercraft.

8. Satellite dish antennas and their systems.

### Losses We Cover Under Coverage C:

We will cover sudden and accidental direct physical loss to the property described in **Coverage C—Personal Property Protection**, except as limited or excluded in this policy, caused by:

1. Fire or Lightning.

2. Windstorm or Hail.

   We do not cover:
   a) loss to covered property inside a **building structure**, caused by rain, snow, sleet, sand or dust unless the wind or hail first damages the roof or walls and the wind forces rain, snow, sleet, sand or dust through the damaged roof or wall;
   b) loss to watercraft and their trailers, furnishings, equipment and motors unless inside a fully enclosed **building structure**. However, we do cover canoes and rowboats on the **residence premises**.

3. Explosion.

4. Riot or Civil Commotion, including pillage and looting during, and at the site of, the riot or civil commotion.

5. Aircraft, including self-propelled missiles and spacecraft.

6. Vehicles.

7. Smoke.

Page 9

**We** do not cover loss caused by smoke from the manufacturing of controlled substances, agricultural smudging or industrial operations.

8. Vandalism and Malicious Mischief.

   **We** do not cover vandalism or malicious mischief if **your** dwelling has been vacant or unoccupied for more than 30 consecutive days immediately prior to the vandalism or malicious mischief. A **dwelling** under construction is not considered vacant or unoccupied.

9. Falling objects.

   **We** do not cover loss to personal property inside a **building structure** unless the falling object first damages the exterior walls or roof of the **building structure.**

10. Weight of ice, snow or sleet which causes damage to personal property in a **building structure,** but only if the **building structure** is damaged due to the weight of ice, snow or sleet.

11. Increase or decrease of artificially generated electrical current to electrical appliances, fixtures and wiring.

12. Bulging, burning, cracking or rupture of a steam or hot water heating system, an air conditioning system, an automatic fire protection system or an appliance for heating water.

13. Water or steam that escapes from a plumbing, heating or air conditioning system, an automatic fire protection system, or from a household appliance due to accidental discharge or overflow.

   **We** do not cover loss to the system or appliance from which the water or steam escapes, or loss from water which backs up through sewers or drains or overflows from a sump pump, sump pump well or other system designed for the removal of subsurface water which is drained from a foundation area of a structure.

14. Freezing of a plumbing, heating or air conditioning system or a household appliance.

**We** do not cover loss at the **residence premises** under perils (12), (13), and (14) caused by or resulting from freezing while the **building structure** is vacant, unoccupied or under construction unless **you** have used reasonable care to:

   a) maintain heat in the **building structure;** or
   b) shut off the water supply and drain the water from the systems and appliances.

15. Theft, or attempted theft, including disappearance of property from a known place when it is likely that a theft has occurred. Any theft must be promptly reported to the police.

   **We** do not cover:
   a) theft or attempted theft committed by an **insured person;**
   b) theft in or from the **residence premises** while under construction or of materials and supplies for use in construction, until the dwelling is completed and occupied;
   c) theft of any property while at any other residence owned, rented to or occupied by an **insured person** unless the **insured person** is temporarily residing there;
   d) theft of trailers, campers, watercraft, including furnishings, equipment and outboard motors, away from the **residence premises;**
   e) theft from that part of the **residence premises** rented by **you** to other than an **insured person.**

16. Breakage of glass, meaning damage to covered personal property caused by breakage of glass constituting a part of any **building structure** on the **residence premises.** This does not include damage to the glass.

### Losses We Do Not Cover Under Coverage C:

**We** do not cover loss to the property described in **Coverage C—Personal Property Protection** caused by or consisting of:

1. Flood, including, but not limited to surface water, waves, tidal water or overflow of any body of water, or spray from any of these, whether or not driven by wind.

Page 10

2. Water or any other substance that backs up through sewers or drains.

3. Water or any other substance that overflows from a sump pump, sump pump well or other system designed for the removal of subsurface water which is drained from a foundation area of a structure.

4. Water or any other substance on or below the surface of the ground, regardless of its source. This includes water or any other substance which exerts pressure on, or flows, seeps or leaks through any part of the **residence premises.**

   We do cover sudden and accidental direct physical loss caused by fire, explosion or theft resulting from items 1 through 4 listed above.

5. Earth movement of any type, including, but not limited to earthquake, volcanic eruption, lava flow, landslide, subsidence, mudflow, pressure, sinkhole, erosion, or the sinking, rising, shifting, creeping, expanding, bulging, cracking, settling or contracting of the earth. This exclusion applies whether or not the earth movement is combined with water.

   We do cover sudden and accidental direct physical loss caused by fire, explosion, theft or breakage of glass or safety glazing materials resulting from earth movement.

6. Enforcement of any building codes, ordinances or laws regulating the construction, reconstruction, maintenance, repair, placement or demolition of any **building structure** or other structure at the **residence premises,** except as specifically provided in **Section I, Additional Protection** under item 10 — "Building Codes."

   We do cover sudden and accidental direct physical loss to covered property caused by actions of civil authority to prevent the spread of fire.

7. The failure by any **insured person** to take all reasonable steps to save and preserve property when the property is endangered by a cause of loss **we** cover.

8. Any substantial change in or increase in hazard, if changed or increased by any means within the control or knowledge of an **insured person.**

9. Intentional or criminal acts of or at the direction of any **insured person,** if the loss that occurs:
   a) may be reasonably expected to result from such acts; or
   b) is the intended result of such acts.

   This exclusion applies regardless of whether or not the **insured person** is actually charged with or convicted of a crime.

10. Nuclear action, meaning nuclear reaction, discharge, radiation or radioactive contamination, or any consequence of any of these. Loss caused by nuclear action is not considered loss by fire, explosion or smoke.

    We do cover sudden and accidental direct physical loss by fire resulting from nuclear action.

11. Vapors, fumes, acids, toxic chemicals, toxic gasses, toxic liquids, toxic solids, waste materials or other irritants, contaminants or pollutants.

12. War or warlike acts, including, but not limited to insurrection, rebellion or revolution.

13. Weather Conditions that contribute in any way with a cause of loss excluded in this section to produce a loss.

14. Planning, Construction or Maintenance, meaning faulty, inadequate or defective:
    a) planning, zoning, development, surveying, siting;
    b) design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;
    c) materials used in repair, construction, renovation or remodeling; or
    d) maintenance

Page 11

of property whether on or off the **residence premises** by any person or organization.

15. **We** do not cover loss to covered property described in **Coverage C—Personal Property Protection** when:
   a) there are two or more causes of loss to the covered property; and
   b) the predominant cause(s) of loss is (are) excluded under **Losses We Do Not Cover**, items 1 through 14 above.

## Additional Protection

1. **Additional Living Expense**
   a) **We** will pay the reasonable increase in living expenses necessary to maintain **your** normal standard of living when a direct physical loss we cover makes **your residence premises** uninhabitable.

      Payment for covered additional living expense will be limited to the least of the following:
      1) the time period required to repair or replace the property we cover, using due diligence and dispatch; or
      2) if **you** permanently relocate, the shortest time for **your** household to settle elsewhere;
      3) 12 months.
   b) **We** will pay **your** lost fair rental income resulting from a covered loss, less charges and expenses which do not continue, when a loss we cover makes the part of the **residence premises you** rent to others, or hold for rental, uninhabitable. We will pay for lost fair rental income for the shortest time required to repair or replace the part rented or held for rental but not to exceed 12 months.
   c) **We** will pay the reasonable and necessary increase in living expenses and the lost fair rental income for up to two weeks should civil authorities prohibit the use of the **residence premises** due to a loss at a neighboring premises caused by a peril **we** insure against.

These periods of time are not limited by the termination of this policy.

**We** do not cover any lost income or expense due to the cancellation of a lease or agreement.

No deductible applies to this protection.

2. **Credit Card, Bank Fund Transfer Card, Check Forgery and Counterfeit Money**
   **We** will pay for loss:
   a) that an **insured person** is legally required to pay for the unauthorized use of any credit card or bank fund transfer card issued to or registered in the name of an **insured person**;
   b) caused by forgery or alteration of a check or negotiable instrument made or drawn upon an **insured person's** account;
   c) to an **insured person** through acceptance in good faith of counterfeit United States or Canadian paper currency.

Our maximum limit of liability for any one loss is $1,000. All loss due to forgery or unauthorized use by or involving any one person is considered one loss.

We do not cover:
   a) loss arising from any **business** of an **insured person**;
   b) loss caused by or at the direction of an **insured person** or any other person who has been entrusted with any credit card or bank fund transfer card;
   c) loss arising out of dishonesty of an **insured person**.

When loss is discovered, the **insured person** must give **us** immediate written notice. If the loss involves a credit card, charge plate or bank fund transfer card, the **insured person** must also give immediate written notice to the company or bank that issued the card or plate. Failure to comply with the terms and conditions of the card or plate voids this protection.

We will pay only for loss occurring during the policy period, including those losses discovered and reported to **us** within one year after the

policy has terminated. We have the right to investigate and settle any claim or suit as we deem appropriate. Full payment of the amount of insurance for any one loss ends our obligation under each claim or suit arising from the loss.

We will defend any suit brought against an **insured person** for the enforcement of payment covered under paragraph 2(a) of this protection. The defense will be at **our** expense, with counsel of **our** choice.

We have the option to defend an **insured person** or the **insured person's** bank against a suit for the enforcement of payment covered under paragraph 2(b) of this protection. The defense will be at **our** expense, with counsel of **our** choice.

No deductible applies to this protection.

3. **Debris Removal**
   We will pay reasonable expenses **you** incur to remove debris of covered property damaged by a loss we cover. If the loss to the covered property and the cost of debris removal are more than the limit of liability shown on the Policy Declarations for the covered property, **we** will pay up to an additional 5% of that limit for debris removal.

4. **Emergency Removal Of Property**
   We will pay for sudden and accidental direct physical loss to covered property from any cause while removed from a premises because of danger from a loss **we** cover. Protection is limited to a 30-day period from date of removal. This protection does not increase the limit of liability that applies to the covered property.

5. **Fire Department Charges**
   We will pay up to $500 for service charges made by fire departments called to protect **your** property from a loss we cover at the **residence premises**. No deductible applies to this protection.

6. **Temporary Repairs After A Loss**
   We will reimburse **you** up to $5,000 for the reasonable and necessary cost **you** incur for temporary repairs to protect covered property from further imminent covered loss following a loss **we** cover. This coverage does not increase the limit of liability applying to the property being repaired.

7. **Trees, Shrubs, Plants and Lawns**
   We will pay up to an additional 5% of the limit of liability shown on the Policy Declarations under **Coverage A — Dwelling Protection** for loss to trees, shrubs, plants and lawns at the address of the **residence premises**. **We** will not pay more than $500 for any one tree, shrub, or plant including expenses incurred for removing debris. This coverage applies only to direct physical loss caused by fire or lightning, explosion, riot or civil commotion, aircraft, vehicles not owned by an occupant of the **residence premises**, vandalism or malicious mischief, theft or collapse of a **building structure** or any part of a **building structure**.

   We will pay up to $500 for reasonable expenses **you** incur for the removal of debris of trees at the address of the **residence premises** for direct physical loss caused by windstorm, hail, or weight of ice, snow or sleet. The fallen tree must have caused damage to property covered under **Coverage A — Dwelling Protection**.

   We do not cover trees, shrubs, plants, or lawns grown for **business** purposes.

8. **Temperature Change**
   We will pay for loss to covered personal property in a **building structure** at the **residence premises** resulting from a change in temperature. The change in temperature must result from a covered loss to the **building structure**.

   This coverage does not increase the limit of liability applying to the damaged property.

9. **Power Interruption**
   We will pay for loss to the contents of freezers and refrigerated units on the **residence premises** caused by the interruption of power which occurs off the **residence premises**. If a power interruption is known to an insured

Page 13

**person**, all reasonable means must be used to protect the contents of freezers and refrigerated units.

This coverage does not increase the limit of liability applying to the damaged property.

10. **Building Codes**
We will pay up to 10% of the amount of insurance shown on the Policy Declarations under **Coverage A — Dwelling Protection** to comply with local building codes after a covered loss to the **dwelling** and when repair or replacement results increased cost due to the enforcement of building codes, ordinances or laws regulating the construction, reconstruction, maintenance, repair or demolition of the **dwelling**.

11. **Arson Reward**
We will pay up to $5,000 for information leading to an arson conviction in connection with a fire loss to property covered under **Section I** of this policy. The $5,000 limit applies regardless of the number of persons providing information.

12. **Collapse**
We will cover:
  a)  the entire collapse of a covered **building structure**;
  b)  the entire collapse of part of a covered **building structure**; and
  c)  direct physical loss to covered property caused by (a) or (b) above.

For coverage to apply, the collapse of a **building structure** specified in (a) or (b) above must be a sudden and accidental direct physical loss caused by one or more of the following:
  a)  a loss we cover under **Section I, Coverage C — Personal Property Protection**;
  b)  hidden decay of the **building structure**;
  c)  hidden damage to the **building structure** caused by insects or vermin;
  d)  weight of persons, animals, equipment or contents;
  e)  weight of rain or snow which collects on a roof;
  f)  defective methods or materials used in construction, repair, remodeling or

renovation, but only if the collapse occurs in the course of such construction, repair, remodeling or renovation.

Collapse does not include settling, cracking, shrinking, bulging or expansion.

This protection does not change the limit of liability that applies to the covered property.

13. **Land**
If a sudden and accidental direct physical loss results in both a covered loss to the **dwelling**, other than the breakage of glass or safety glazing material, and a loss of land stability, **we** will pay up to $10,000 as an additional amount of insurance for repair costs associated with the land. This includes the costs required to replace, rebuild, stabilize or otherwise restore that part of the **dwelling** necessary to support that part of the **dwelling** sustaining the covered loss.

The **Section I — Losses We Do Not Cover Under Coverages A and B** reference to earth movement does not apply to the loss of land stability provided under this Additional Protection.

14. **Lock Replacement**
**Coverage A — Dwelling Protection** is extended to include reasonable expenses you incur to replace or re-key exterior door locks at the **residence premises** with locks or cylinders of like kind and quality. Coverage is provided when a key to a lock is stolen as part of a covered theft loss. The limit of liability under this coverage following any one theft loss is $500.

## Section I Conditions

1. **Deductible**
We will pay when a covered loss exceeds the deductible shown on the Policy Declarations. We will then pay only the excess amount, unless we have indicated otherwise in this policy.

2. **Insurable Interest and Our Liability**
In the event of a covered loss, **we** will not pay for more than an **insured person's** insurable interest

in the property covered, nor more than the amount of coverage afforded by this policy.

3. **What You Must Do After A Loss**
In the event of a loss to any property that may be covered by this policy, **you** must:
   a) promptly give **us** or **our** agent notice. Report any theft to the police as soon as possible. If the loss involves a credit card, charge plate or bank fund transfer card, give written notice to the company or bank that issued the card or plate.
   b) protect the property from further loss. Make any reasonable repairs necessary to protect it. Keep an accurate record of any repair expenses.
   c) separate damaged from undamaged personal property. Give **us** a detailed list of the damaged, destroyed or stolen property, showing the quantity, cost, actual cash value and the amount of loss claimed.
   d) give **us** all accounting records, bills, invoices and other vouchers, or certified copies, which **we** may reasonably request to examine and permit **us** to make copies.
   e) produce receipts for any increased costs to maintain **your** standard of living while **you** reside elsewhere, and records supporting any claim for loss of rental income.
   f) as often as **we** reasonably require:
      1) show **us** the damaged property.
      2) at **our** request, submit to examinations under oath, separately and apart from any other person defined as you or **insured person** and sign a transcript of the same.
      3) produce representatives, employees, members of the **insured's** household or others to the extent it is within the **insured person's** power to do so; and
   g) within 60 days after the loss, give **us** a signed, sworn proof of the loss. This statement must include the following information:
      1) the date, time, location and cause of loss;
      2) the interest **insured persons** and others have in the property, including any encumbrances;
      3) the actual cash value and amount of loss for each item damaged, destroyed or stolen;
      4) any other insurance that may cover the loss;
      5) any changes in title, use, occupancy or possession of the property that have occurred during the policy period;
      6) at **our** request, the specifications of any damaged **building structure** or other structure;
      7) evidence supporting any claim under the Credit Card, Bank Fund Transfer Card, Check Forgery and Counterfeit Money protection. State the cause and amount of loss.

4. **Our Settlement Options**
In the event of a covered loss, we have the option to:
   a) repair, rebuild or replace all or any part of the damaged, destroyed or stolen property with property of like kind and quality within a reasonable time; or
   b) pay for all or any part of the damaged, destroyed or stolen property as described in Condition 5 "How We Pay For A Loss."

Within 30 days after we receive **your** signed, sworn proof of loss **we** will notify **you** of the option or options we intend to exercise.

5. **How We Pay For A Loss**
Under Coverage A—**Dwelling Protection**, Coverage B—**Other Structures Protection** and Coverage C—**Personal Property Protection**, payment for covered loss will be by one or more of the following methods:
   a) Special Payment. At **our** option, **we** may make payment for a covered loss before **you** repair, rebuild or replace the damaged, destroyed or stolen property if:
      1) the whole amount of loss for property covered under **Coverage A— Dwelling Protection** and **Coverage B —Other Structures Protection,** without deduction for depreciation, is less than $2,500 and if the property is not excluded from the Building

Page 15

Structure Reimbursement provision, or;

2) the whole amount of loss for property covered under **Coverage C — Personal Property Protection** without deduction for depreciation, is less than $2,500 and if **your** Policy Declarations shows that the Personal Property Reimbursement provision applies, and the property is not excluded from the Personal Property Reimbursement provision.

b) Actual Cash Value. If **you** do not repair or replace the damaged, destroyed or stolen property, payment will be on an actual cash value basis. This means there may be a deduction for depreciation. Payment will not exceed the limit of liability shown on the Policy Declarations for the coverage that applies to the damaged, destroyed or stolen property, regardless of the number of items involved in the loss.

**You** may make claim for additional payment as described in paragraph "c" and paragraph "d", if **you** repair or replace the damaged, destroyed or stolen covered property within 180 days of the actual cash value payment.

c) Building Structure Reimbursement. Under **Coverage A — Dwelling Protection** and **Coverage B — Other Structures Protection**, we will make additional payment to reimburse **you** for cost in excess of actual cash value if **you** repair, rebuild or replace damaged, destroyed or stolen covered property within 180 days of the actual cash value payment. This additional payment includes the reasonable and necessary expense for treatment or removal and disposal of contaminants, toxins or pollutants as required to complete repair or replacement of that part of a **building structure(s)** damaged by a covered loss.

Building Structure Reimbursement will not exceed the smallest of the following amounts:
1) the replacement cost of the part(s) of the **building structure(s)** for equivalent

construction for similar use on the same **residence premises**;
2) the amount actually and necessarily spent to repair or replace the damaged **building structure(s)** with equivalent construction for similar use on the same **residence premises**; or
3) the limit of liability applicable to the **building structure(s)** as shown on the Policy Declarations for **Coverage A — Dwelling Protection** or **Coverage B — Other Structures Protection**, regardless of the number of **building structures** and structures other than **building structures** involved in the loss.

If **you** replace the damaged **building structure(s)** at an address other than shown on the Policy Declarations through construction of a new structure or purchase of an existing structure, such replacement will not increase the amount payable under Building Structure Reimbursement described above. The amount payable under Building Structures Reimbursement described above does not include the value of any land associated with the replacement structure(s).

Building Structure Reimbursement payment will be limited to the difference between any actual cash value payment made for the covered loss to **building structures** and the smallest of 1), 2) or 3) above.

Building Structure Reimbursement will not apply to:
1) property covered under **Coverage C — Personal Property Protection**;
2) property covered under **Coverage B — Other Structures Protection** that is not a **building structure**;
3) wall-to-wall carpeting, fences, awnings and outdoor antennas whether or not fastened to a **building structure**; or
4) land.

Payment under "a", "b", or "c" above will not include any increased cost due to the enforcement of building codes, ordinances or

Page 16

laws regulating the construction, reconstruction, maintenance, repair, relocation or demolition of **building structures** or other structures except as provided under **Section I, Additional Protection 10, — Building Codes**.

d)   *Personal Property Reimbursement.* Under **Coverage C—Personal Property Protection**, we will make additional payment to reimburse **you** for cost in excess of actual cash value if **you** repair, rebuild or replace damaged, destroyed or stolen covered personal property or wall-to-wall carpeting within 180 days of the actual cash value payment.

Personal Property Reimbursement payment will not exceed the smallest of the following amounts:

1)   the amount actually and necessarily spent to repair or replace the property with similar property of like kind and quality;

2)   the cost of repair or restoration; or

3)   the limit of liability shown on the Policy Declarations for **Coverage C— Personal Property Protection**, or any special limit of liability described in the policy, regardless of the number of items of personal property involved in the loss.

Personal Property Reimbursement will be limited to the difference between any actual cash value payment made for the covered loss to personal property and the smallest of 1), 2) or 3) above.

Personal Property Reimbursement will not apply to:

1)   property insured under **Coverage A — Dwelling Protection** and **Coverage B — Other Structures Protection**, except wall-to-wall carpeting;

2)   antiques, fine arts, paintings, statuary and similar articles which, by their inherent nature, cannot be replaced;

3)   articles whose age or history contribute substantially to their value. This includes, but is not limited to

memorabilia, souvenirs and collector's items; or

4)   property that was obsolete or unusable for the originally intended purpose because of age or condition prior to the loss.

6.   **Our Settlement Of Loss**
We will settle any covered loss with **you** unless another payee is named in the policy. **We** will settle within 60 days after the amount of loss is finally determined. This amount may be determined by an agreement between **you** and **us**, an appraisal award, or a court judgment.

7.   **Appraisal**
If **you** and **we** fail to agree on the amount of loss, either party may make written demand for an appraisal. Upon such demand, each party must select a competent and impartial appraiser and notify the other of the appraiser's identity within 20 days after the demand is received. The appraisers will select a competent and impartial umpire. If the appraisers are unable to agree upon an umpire within 15 days, **you** or **we** can ask a judge of a court of record in the state where the **residence premises** is located to select an umpire.

The appraisers shall then determine the amount of loss, stating separately the actual cash value and the amount of loss to each item. If the appraisers submit a written report of an agreement to **you** and to **us** the amount agreed upon shall be the amount of loss. If they cannot agree, they will submit their differences to the umpire. A written award agreed upon by any two will determine the amount of loss.

Each party will pay the appraiser it chooses, and equally bear expenses for the umpire and all other appraisal expenses.

8.   **Abandoned Property**
We are not obligated to accept any property or responsibility for any property abandoned by an **insured person**.

Page 17

9. **Permission Granted To You**
   a) The **residence premises** may be vacant or unoccupied for any length of time, except where a time limit is indicated in this policy for specific perils. A **building structure** under construction is not considered vacant.
   b) **You** may make alterations, additions or repairs, and **you** may complete structures under construction.

10. **Our Rights To Recover Payment**
    When **we** pay for any loss, an **insured person's** right to recover from anyone else becomes **ours** up to the amount **we** have paid. An **insured person** must protect these rights and help **us** enforce them. **You** may waive **your** rights to recover against another person for loss involving the property covered by this policy. This waiver must be in writing prior to the date of loss.

11. **Our Rights To Obtain Salvage**
    We have the option to take all or any part of the damaged or destroyed covered property upon replacement by **us** or payment of the agreed or appraised value.

    We will notify **you** of **our** intent to exercise this option within 30 days after **we** receive **your** signed, sworn proof of loss.

    When **we** settle any loss caused by theft or disappearance, **we** have the right to obtain all or part of any property which may be recovered. An **insured person** must protect this right and inform **us** of any property recovered. We will inform **you** of **our** intent to exercise this right within 10 days of **your** notice of recovery to **us**.

12. **Suit Against Us**
    No suit or action may be brought against **us** unless there has been full compliance with all policy terms. Any suit or action must be brought within one year after the inception of loss or damage.

13. **Loss To A Pair Or Set**
    If there is a covered loss to a pair or set, **we** may:

   a) repair or replace any part of the pair or set to restore it to its actual cash value before the loss; or
   b) pay the difference between the actual cash value of the pair or set before and after the loss.

14. **Glass Replacement**
    Payment for loss to covered glass includes the cost of using safety glazing materials when required by law.

15. **No Benefit To Bailee**
    This insurance will not benefit any person or organization who may be caring for or handling **your** property for a fee.

16. **Other Insurance**
    If both this insurance and other insurance apply to a loss, **we** will pay the proportionate amount that this insurance bears to the total amount of all applicable insurance. However, in the event of a loss by theft, this insurance shall be excess over any other insurance that covers loss by theft.

17. **Property Insurance Adjustment**
    When the Policy Declarations indicates that the Property Insurance Adjustment Condition applies:

    The limit of liability shown on the Policy Declarations for **Coverage A — Dwelling Protection** will be revised at each policy anniversary to reflect the rate of change in the Index identified on the Policy Declarations.

    The limit of liability for **Coverage A — Dwelling Protection** for the succeeding premium period will be determined by changing the existing limit in proportion to the change in the Index between the time the existing limit was established and the time the change is made. The resulting amount will be rounded to the nearest $1,000.

    Adjustment in the limit of liability for **Coverage A — Dwelling Protection** will result in an adjustment in the limit of liability for **Coverage B — Other Structures Protection** and **Coverage C — Personal Property Protection** in accordance with the Allstate manual of Rules and Rates.

Page 18

We will not reduce the limit of liability shown on the Policy Declarations without **your** consent.

Any adjustment in premium resulting from the application of this condition will be made based on premium rates in use by **Allstate** at the time a change in limits is made.

**Allstate** has the right to change to another cost index or to withdraw this condition as of a policy anniversary date by giving **you** at least 30 days notice. This applies only if the change or withdrawal applies to all similar policies issued by **Allstate** in **your** state.

18. **Mortgagee**
A covered loss will be payable to the mortgagees named on the Policy Declarations, to the extent of their interest and in the order of precedence. All provisions of **Section I** of this policy apply to these mortgagees.

**We** will:
a)   protect the mortgagee's interest in a covered **building structure** in the event of an increase in hazard, intentional or criminal acts of, or directed by, an **insured person**, failure by any **insured person** to take all reasonable steps to save and preserve property after a loss, a change in ownership, or foreclosure if the mortgagee has no knowledge of these conditions; and
b)   give the mortgagee at least 10 days notice if **we** cancel this policy.

The mortgagee will:
a)   furnish proof of loss within 60 days after notice of the loss if an **insured person** fails to do so;
b)   pay upon demand any premium due if an **insured person** fails to do so;
c)   notify **us** in writing of any change of ownership or occupancy or any increase in hazard of which the mortgagee has knowledge;
d)   give **us** the mortgagee's right of recovery against any party liable for loss; and
e)   after a loss, and at **our** option, permit **us** to satisfy the mortgage requirements and receive full transfer of the mortgage.

This mortgagee interest provision shall apply to any trustee or loss payee or other secured party.

## Section II — Family Liability and Guest Medical Protection

### Coverage X
### Family Liability Protection

**Losses We Cover Under Coverage X:**
Subject to the terms, conditions and limitations of this policy, **Allstate** will pay damages which an **insured person** becomes legally obligated to pay because of **bodily injury** or **property damage** arising from an **occurrence** to which this policy applies, and is covered by this part of the policy.

**We** may investigate or settle any claim or suit for covered damages against an **insured person**. If an **insured person** is sued for these damages, **we** will provide a defense with counsel of **our** choice, even if the allegations are groundless, false or fraudulent. **We** are not obligated to pay any claim or judgment after **we** have exhausted **our** limit of liability.

**Losses We Do Not Cover Under Coverage X:**
1.   **We** do not cover any **bodily injury** or **property damage** intended by, or which may reasonably be expected to result from the intentional or criminal acts or omissions of, any **insured person**. This exclusion applies even if:
a)   such **insured person** lacks the mental capacity to govern his or her conduct;
b)   such **bodily injury** or **property damage** is of a different kind or degree than intended or reasonably expected; or
c)   such **bodily injury** or **property damage** is sustained by a different person than intended or reasonably expected.

This exclusion applies regardless of whether or not such **insured person** is actually charged with, or convicted of a crime.

2.   **We** do not cover **bodily injury** to an **insured person** or **property damage** to property owned by an **insured person** whenever any benefit of

Page 19

this coverage would accrue directly or indirectly to an **insured person.**

3. We do not cover **bodily injury** to any person eligible to receive benefits required to be provided or voluntarily provided by an **insured person** under any workers' compensation, non-occupational disability or occupational disease law.

4. We do not cover **bodily injury** or **property damage** arising out of the ownership, maintenance, use, occupancy, renting, loaning, entrusting, loading or unloading of aircraft.

5. We do not cover **bodily injury** or **property damage** arising out of the ownership, maintenance, use, occupancy, renting, loaning, entrusting, loading or unloading of any motor vehicle or trailer. However, this exclusion does not apply to:
   a) a motor vehicle in dead storage or used exclusively on an **insured premises;**
   b) any motor vehicle designed principally for recreational use off public roads, unless that vehicle is owned by an **insured person** and is being used away from an **insured premises;**
   c) a motorized wheel chair;
   d) a vehicle used to service an **insured premises** which is not designed for use on public roads and not subject to motor vehicle registration;
   e) a golf cart owned by an **insured person** when used for golfing purposes;
   f) a trailer of the boat, camper, home or utility type unless it is being towed or carried by a motorized land vehicle;
   g) lawn and garden implements under 40 horsepower;
   h) **bodily injury** to a **residence employee.**

6. We do not cover **bodily injury** or **property damage** arising out of the ownership, maintenance, use, occupancy, renting, loaning, entrusting, loading or unloading of watercraft away from an **insured premises** if the watercraft:
   a) has inboard or inboard-outboard motor power of more than 50 horsepower;
   b) is a sailing vessel 26 feet or more in length;

c) is powered by one or more outboard motors with more than 25 total horsepower;
d) is designated as an airboat, air cushion, or similar type of watercraft; or
e) is a personal watercraft, meaning a craft propelled by a water jet pump engine and designed to be operated by a person or persons sitting, standing or kneeling on the craft.

This exclusion does not apply to **bodily injury** to a **residence employee.**

7. We do not cover **bodily injury** or **property damage** arising out of:
   a) the negligent supervision by an **insured person** of any person; or
   b) any liability statutorily imposed on any **insured person**

   arising from the ownership, maintenance, use, occupancy, renting, loaning, entrusting, loading or unloading of any aircraft, watercraft, motor vehicle or trailer which is not covered under **Section II** of this policy.

8. We do not cover any **bodily injury** which results in any manner from the discharge, dispersal, release or escape of vapors, fumes, acids, toxic chemicals, toxic gasses, toxic liquids, toxic solids, waste materials or other irritants, contaminants or pollutants.

   We do cover **bodily injury** which results from such discharge if the discharge is sudden and accidental.

9. We do not cover any **property damage** consisting of or caused by vapors, fumes, acids, toxic chemicals, toxic gasses, toxic liquids, toxic solids, waste materials or other irritants, contaminants or pollutants.

10. We do not cover any **bodily injury** or **property damage** arising out of any liability statutorily imposed upon any **insured person** in any manner, consisting of or caused by vapors, fumes, acids, toxic chemicals, toxic gasses, toxic liquids, toxic solids, waste materials or other irritants, contaminants or pollutants.

Page 20

11. We do not cover **bodily injury** or **property damage** arising out of the rendering of, or failure to render, professional services by an **insured person**.

12. We do not cover **bodily injury** or **property damage** arising out of the past or present **business** activities of an **insured person**.

    We do cover the occasional or part-time **business** activities of an **insured person** who is a student under 21 years of age.

13. We do not cover **bodily injury** or **property damage** arising out of any premises, other than an **insured premises**, owned, rented or controlled by an **insured person**. This exclusion does not apply to bodily injury to a **residence employee**.

14. We do not cover **property damage** to property rented to, occupied or used by, or in the care of, an **insured person**. This exclusion does not apply if the **property damage** is caused by fire, explosion or smoke.

15. We do not cover any liability an **insured person** assumes arising out of any contract or agreement.

16. We do not cover **bodily injury** or **property damage** caused by war or warlike acts, including, but not limited to insurrection, rebellion or revolution.

## Coverage Y
## Guest Medical Protection

### Losses We Cover Under Coverage Y:
Allstate will pay the reasonable expenses incurred for necessary medical, surgical, x-ray and dental services; ambulance; hospital, licensed nursing and funeral services; and prosthetic devices, eye glasses, hearing aids, and pharmaceuticals. These expenses must be incurred and the services performed within three years from the date of an **occurrence** causing **bodily injury** to which this policy applies, and is covered by this part of the policy.

Each person who sustains **bodily injury** is entitled to this protection when that person is:
1. on the **insured premises** with the permission of an **insured person**; or
2. off the **insured premises**, if the **bodily injury**:
   a) arises out of a condition on the **insured premises** or immediately adjoining ways;
   b) is caused by the activities of an **insured person** or a **residence employee**;
   c) is caused by an animal owned by or in the care of an **insured person**; or
   d) is sustained by a **residence employee**.

### Losses We Do Not Cover Under Coverage Y:

1. We do not cover any **bodily injury** intended by, or which may reasonably be expected to result from the intentional or criminal acts or omissions of, any **insured person**. This exclusion applies even if:
   a) such **insured person** lacks the mental capacity to govern his or her conduct;
   b) such **bodily injury** is of a different kind or degree than intended or reasonably expected; or
   c) such **bodily injury** is sustained by a different person than intended or reasonably expected.

   This exclusion applies regardless of whether or not such **insured person** is actually charged with, or convicted of a crime.

2. We do not cover **bodily injury** to any insured person or regular resident of the **insured premises**. However, this exclusion does not apply to a **residence employee**.

3. We do not cover **bodily injury** to any person eligible to receive any benefits voluntarily provided, or required to be provided, under any workers' compensation, non-occupational disability or occupational disease law.

4. We do not cover **bodily injury** arising out of the ownership, maintenance, use, occupancy, renting, loaning, entrusting, loading or unloading of aircraft.

Page 21

5. We do not cover **bodily injury** arising out of the ownership, maintenance, use, occupancy, renting, loaning, entrusting, loading or unloading of any motor vehicle or trailer. However, this exclusion does not apply to:
   a) a motor vehicle in dead storage or used exclusively on an **insured premises**;
   b) any motor vehicle designed principally for recreational use off public roads, unless that vehicle is owned by an **insured person** and is being used away from an **insured premises**;
   c) a motorized wheel chair;
   d) a vehicle used to service an **insured premises** which is not designed for use on public roads and not subject to motor vehicle registration;
   e) a golf cart owned by an **insured person** when used for golfing purposes;
   f) a trailer of the boat, camper, home or utility type unless it is being towed or carried by a motorized land vehicle;
   g) lawn or garden implements under 40 horsepower;
   h) **bodily injury** to a **residence employee**.

6. We do not cover **bodily injury** arising out of the ownership, maintenance, use, occupancy, renting, loaning, entrusting, loading or unloading of watercraft away from an **insured premises** if the watercraft:
   a) has inboard or inboard-outboard motor power of more than 50 horsepower;
   b) is a sailing vessel 26 feet or more in length;
   c) is powered by one or more outboard motors with more than 25 total horsepower;
   d) is designated as an airboat, air cushion, or similar type of watercraft; or
   e) is a personal watercraft, meaning a craft propelled by a water jet pump engine and designed to be operated by a person or persons sitting, standing or kneeling on the craft.

This exclusion does not apply to **bodily injury** to a **residence employee**.

7. We do not cover bodily injury arising out of:
   a) the negligent supervision by any **insured person** of any person; or

   b) any liability statutorily imposed on any **insured person**

arising from the ownership, maintenance, use, occupancy, renting, loaning, entrusting, loading or unloading of any aircraft, watercraft, motorized land vehicle or trailer which is not covered under **Section II** of this policy.

8. We do not cover any **bodily injury** which results in any manner from the discharge, dispersal, release or escape of vapors, fumes, acids, toxic chemicals, toxic gasses, toxic liquids, toxic solids, waste materials or other irritants, contaminants or pollutants.

   We do cover **bodily injury** which results from such discharge if the discharge is sudden and accidental.

9. We do not cover **bodily injury** arising out of the rendering of, or failure to render professional services by, an **insured person**.

10. We do not cover **bodily injury** arising out of the past or present **business** activities of an **insured person**.

    We do cover the occasional or part-time **business** activities of an **insured person** who is a student under 21 years of age.

11. We do not cover **bodily injury** to any person on the **insured premises** because of a **business** activity or professional service conducted there.

12. We do not cover **bodily injury** arising out of any premises, other than an **insured premises**, owned, rented or controlled by an **insured person**. This exclusion does not apply to **bodily injury** to a **residence employee**.

13. We do not cover **bodily injury** caused by war or warlike acts, including, but not limited to insurrection, rebellion, or revolution.

Page 22

## Additional Protection

We will pay, in addition to the limits of liability:

1. **Claim Expense**
   We will pay:
   a) all costs **we** incur in the settlement of any claim or the defense of any suit against an **insured person**;
   b) interest accruing on damages awarded until such time as **we** have paid, formally offered, or deposited in court the amount for which **we** are liable under this policy; interest will be paid only on damages which do not exceed **our** limits of liability;
   c) premiums on bonds required in any suit **we** defend; **we** will not pay bond premiums in an amount that is more than **our** limit of liability; **we** have no obligation to apply for or furnish bonds;
   d) up to $250 per day for loss of wages and salary, when **we** ask **you** to attend trials and hearings;
   e) any other reasonable expenses incurred by an **insured person** at **our** request.

2. **Emergency First Aid**
   We will pay reasonable expenses incurred by an **insured person** for first aid to other persons at the time of an accident involving **bodily injury** covered under this policy.

3. **Damage To Property Of Others**
   At **your** request, we will pay up to $1,000 each time an **insured person** causes **property damage** to someone else's property. At **our** option, we will pay the cost to either repair or replace the property damaged by an **insured person**, without deduction for depreciation.
   We will not pay for **property damage**:
   a) to property covered under **Section I** of this policy;
   b) to property intentionally damaged by an **insured person** who has attained the age of 13;
   c) to property owned by or rented to an **insured person**, any tenant of an **insured person**, or any resident in **your** household; or
   d) arising out of:
   1) past or present **business** activities;
   2) any act or omission in connection with a premises, other than an **insured premises**, owned, rented or controlled by an **insured person**; or
   3) the ownership or use of a motorized land vehicle, trailer, aircraft or watercraft.

## Section II Conditions

1. **What You Must Do After An Accidental Loss**
   In the event of **bodily injury** or **property damage**, **you** must do the following:
   a) Promptly notify **us** or **our** agent stating:
   1) **your** name and policy number;
   2) the date, the place and the circumstances of the loss;
   3) the name and address of anyone who might have a claim against an **insured person**;
   4) the names and addresses of any witnesses.
   b) Promptly send **us** any legal papers relating to the accident.
   c) At **our** request, an **insured person** will:
   1) cooperate with **us** and assist **us** in any matter concerning a claim or suit;
   2) help **us** enforce any right of recovery against any person or organization who may be liable to an **insured person**;
   3) attend any hearing or trial.
   d) Under the **Damage to Property of Others** protection, give **us** a sworn statement of the loss. This must be made within 60 days after the date of loss. Also, an **insured person** must be prepared to show **us** any damaged property under that person's control.

   Any **insured person** will not voluntarily pay any money, assume any obligations or incur any expense, other than for first aid to others at the time of the loss as provided for in this policy.

Page 23

2. **What An Injured Person Must Do — Coverage Y — Guest Medical Protection**

If someone is injured, that person, or someone acting for that person, must do the following:

a) Promptly give us written proof of the loss. If we request, this must be done under oath.
b) Give us written authorization to obtain copies of all medical records and reports.
c) Permit doctors we select to examine the injured person as often as we may reasonably require.

3. **Our Payment Of Loss — Coverage Y — Guest Medical Protection**

We may pay the injured person or the provider of the medical services. Payment under this coverage is not an admission of liability by us or an insured person.

4. **Our Limits Of Liability**

Regardless of the number of insured persons, injured persons, claims, claimants or policies involved, our total liability under **Coverage X — Family Liability Protection** for damages resulting from one occurrence will not exceed the limit shown on the Policy Declarations. All **bodily injury** and **property damage** resulting from continuous or repeated exposure to the same general conditions is considered the result of one **occurrence.**

Our total liability under **Coverage Y@ — Guest Medical Protection** for all medical expenses payable for **bodily injury**, to any one person, shall not exceed the 'each person' limit shown on the Policy Declarations.

5. **Bankruptcy**

We are not relieved of any obligation under this policy because of the bankruptcy or insolvency of an insured person.

6. **Our Rights To Recover Payment — Coverage X — Family Liability Protection**

When we pay any loss, an insured person's right to recover from anyone else becomes ours up to the amount we have paid. An insured person must protect these rights and help us enforce them.

7. **Suit Against Us**

a) No suit or action can be brought against us unless there has been full compliance with all the terms of this policy.
b) No suit or action can be brought against us under **Coverage X — Family Liability Protection** until the obligation of an **insured person** to pay is finally determined either by judgment against the **insured person** after actual trial, or by written agreement of the **insured person**, injured person, and us.
c) No one shall have any right to make us a party to a suit to determine the liability of an **insured person**.

8. **Other Insurance — Coverage X — Family Liability Protection**

This insurance is excess over any other valid and collectible insurance except insurance that is written specifically as excess over the limits of liability that apply to this policy.

## Section III — Optional Protection

### Optional Coverages You May Buy

The following Optional Coverages may supplement coverages found in **Section I** or **Section II** and apply only when they are indicated on the Policy Declarations. The provisions of this policy apply to each Optional Coverage in this section unless modified by the terms of the specific Optional Coverage.

1. **Coverage BP**
   **Increased Coverage On Business Property**
   The $2,000 limitation on business property located on the residence premises, under **Coverage C — Personal Property Protection**, is increased to the amount shown on the Policy Declarations. This increased coverage includes property held as samples or for sale or delivery after sale, while the property is on the residence premises.

2. **Coverage DP**
   **Increased Coverage On Electronic Data Processing Equipment**
   The $5,000 limitation on electronic data processing equipment under **Coverage C —**

**Personal Property Protection**, and the recording or storage media used with that equipment, is increased to the amount shown on the Policy Declarations.

3. **Coverage F**
   **Fire Department Charges**
   The $500 limit applying to the fire department service charges under **Additional Protection** is increased to the amount shown on the Policy Declarations.

4. **Coverage G**
   **Loss Assessments**
   If your **residence premises** includes a **building structure** which is constructed in common with one or more similar buildings, and **you** are a member of, and subject to the rules of, an association governing the areas held in common by all building owners as members of the association, the **insured premises** means the **building structure** occupied exclusively by your household as a private residence, including the grounds, related structures and private approaches to them.

   **We** will pay **your** share of any special assessments charged against all building owners by the association up to the limit of liability shown on the Policy Declarations, when the assessment is made as a result of:
   a) sudden and accidental direct physical loss to the property held in common by all building owners caused by a loss we cover under **Section I** of this policy; or
   b) **bodily injury** or **property damage** covered under **Section II** of this policy.

   Any reduction or elimination of payments for losses because of any deductible applying to the insurance coverage of the association of building owners collectively is not covered under this protection.

   **Allstate** will pay only when the assessment levied against the **insured person**, as a result of any one loss, for **bodily injury** or **property damage** exceeds $250 and then only for the amount of such excess. This coverage is not

subject to any deductible applying to **Section I** of this policy.

In the event of an assessment, this coverage is subject to all the exclusions applicable to **Sections I** and **II** of this policy and the **Sections I** and **II Conditions**, except as otherwise noted.

This coverage is excess over any insurance collectible under any policy or policies covering the association of building owners.

5. **Coverage J**
   **Extended Coverage On Jewelry, Watches and Furs**
   **Coverage C — Personal Property Protection** is extended to pay for sudden and accidental direct physical loss to the following property, subject to the provisions in this coverage:
   a) jewelry, watches, gems, precious and semi-precious stones, gold, platinum; and
   b) furs, including any item containing fur which represents its principal value.

   The total amount of coverage and per item limit is shown on the Policy Declarations. This amount is not in addition to the amount of insurance applying to **Coverage C — Personal Property Protection**. However, in no event will coverage be less than would have applied in the absence of **Coverage J**.

   **We** do not cover loss caused by or consisting of:
   a) intentional or criminal acts of or at the direction of any **insured person**, if the loss that occurs:
      1) may be reasonably expected to result from such acts; or
      2) is the intended result of such acts.
   b) wear and tear, gradual deterioration, inherent vice, insects or vermin;
   c) nuclear action, meaning nuclear reaction, discharge, radiation or radioactive contamination or any consequence of any of these. Loss caused by nuclear action is not considered a loss by fire, explosion or smoke.

We do cover sudden and accidental direct physical loss by fire resulting from nuclear action.

d) war or warlike acts, including, but not limited to insurrection, rebellion or revolution.

e) failure by any **insured person** to take all reasonable steps to preserve property during and after a loss or when the property is endangered by a cause of loss **we** cover.

Any deductible shown on the Policy Declarations applicable to Coverage C — **Personal Property Protection,** also applies to a loss under this coverage.

6. **Coverage K**
   **Incidental Office, Private School Or Studio**
   a) The $2,000 limit applying to property used or intended for use in a **business** under **Coverage C—Personal Property Protection** do not apply to equipment, supplies and furnishings used in a described office, private school or studio at **your residence premises.** This does not include electronic data processing equipment or the recording or storage media used with that equipment.

   The **Coverage K** limits are shown on the Policy Declarations. The first limit applies to property on the **residence premises.** The second limit applies to property while away from the **residence premises.** These limits are not in addition to **Coverage C—Personal Property Protection, Limitations On Certain Personal Property** on property used or intended for use in a **business.** The increased coverage does not include property held for sample, sale or delivery after sale.

   b) **Coverage X—Family Liability Protection** and **Coverage Y — Guest Medical Protection** are extended to cover a described office, private school or studio occupied by an **insured person.** The occupancy of the described property shall not be considered a **business.**

We do not cover **bodily injury** to:

a) any employee other than a **residence employee;** or

b) any person arising out of corporal punishment administered by or at the direction of an **insured person.**

7. **Coverage M**
   **Increased Coverage On Money**
   The $200 limitation on money, bullion, bank notes, coins and other numismatic property under **Coverage C—Personal Property Protection** is increased to the amount shown on the Policy Declarations.

8. **Coverage P**
   **Business Pursuits**
   **Coverage X—Family Liability Protection** and **Coverage Y—Guest Medical Protection** are extended to cover specified business pursuits of an **insured person.**

We do not cover:

a) **bodily injury** or **property damage** arising out of the business pursuits of an **insured person** when the business is owned or financially controlled by the **insured person.**

This also means a partnership or joint venture of which an **insured person** is a partner or member;

b) **bodily injury** or **property damage** arising out of the rendering or failure to render a professional service of any nature, other than teaching;

c) **bodily injury** to a fellow employee of an **insured person** arising out of and in the course of employment;

d) **bodily injury** or **property damage** when an **insured person** is a member of a teaching staff or faculty of any school or college and the **bodily injury** or **property damage** arises out of the maintenance or use of saddle animals, vehicles used with saddle animals, motorized land vehicles, aircraft or watercraft when owned, hired or operated by an **insured person** or used for the purpose of instruction; or

e) **bodily injury** to any person arising out of corporal punishment administered by or at

the direction of an **insured person** when an **insured person** is a member of the teaching staff or faculty of any school of instruction.

9. **Coverage S**
   **Increased Coverage On Securities**
   The $1,000 limitation on accounts, bills, deeds, evidences of debt, letters of credit, notes other than bank notes, passports, securities, tickets, or stamps, including philatelic property, covered under **Coverage C—Personal Property Protection**, is increased to the amount shown on the Policy Declarations.

10. **Coverage SD**
    **Satellite Dish Antennas**
    **Coverage C—Personal Property Protection** is extended to pay for sudden and accidental direct physical loss to satellite dish antennas and their systems on **your residence premises**, subject to the provisions of **Coverage C—Personal Property Protection**.

The amount of coverage is shown on the Policy Declarations.

11. **Coverage SE**
    **Portable Cellular Communication Systems**
    **Coverage C—Personal Property Protection** is extended to portable cellular communication systems in or upon a motorized land vehicle or watercraft. This coverage applies only to portable systems that can be powered by electricity from a motorized land vehicle or watercraft. Coverage applies whether or not the portable cellular communication system is used in a **business**.

The amount of coverage is shown on the Policy Declarations.

12. **Coverage ST**
    **Increased Coverage On Theft Of Silverware**
    The $2,500 limitation on theft of silverware, pewterware and goldware under **Coverage C—Personal Property Protection** is increased to the amount shown on the Policy Declarations.

IN WITNESS WHEREOF, Allstate has caused this policy to be signed by its Secretary and its President at Northbrook, Illinois, and, if required by state law, this policy shall not be binding unless countersigned on the Policy Declarations by an authorized agent of **Allstate**.

Secretary

President,
Personal Property & Casualty

## Policy Endorsement

*The following endorsement changes your policy. Please read this document carefully and keep it with your policy.*

This Endorsement Changes Your Policy— Keep It With Your Policy

### Building Structure Reimbursement
### Extended Limits Endorsement — AP357

For an additional premium and when the Policy Declarations indicates that the **"Building Structure Reimbursement Extended Limits Endorsement"** applies, the following amendment is made to condition 5 (titled "How We Pay For A Loss") in **Section I Conditions:**

In provision c) (titled "Building Structure Reimbursement."), item 3) of the second paragraph is replaced by the following:

3)   120% of the limit of liability applicable to the **building structure(s)** as shown on the Policy Declarations for **Coverage A —- Dwelling Protection** or **Coverage B — Other Structures Protection**, regardless of the number of **building structures** and structures other than **building structures** involved in the loss.

This endorsement applies only if:

1)   **You** insure **your dwelling**, attached structures and detached **building structures** to 100% of replacement cost as determined by:
a)   an Allstate Home Replacement Cost Estimator completed and based on the accuracy of information **you** furnished; or
b)   **our** inspection of **your residence premises**;

2)   **You** have accepted the Property Insurance Adjustment Condition, agree to accept each annual adjustment in the **Coverage A — Dwelling Protection** limit of liability, and pay any additional premium charged; and

3)   **You** notify **us** within 60 days of the start of any modifications that increase the aggregate value of **your dwelling**, attached structures and detached **building structures** at the **residence premises** by $5,000 or more, and pay any resulting additional premium due for the increase in value.

All other policy terms and conditions apply.

(4/94)

# Policy Endorsement

*The following endorsement changes your policy. Please read this document carefully and keep it with your policy.*

*This Endorsement Changes Your Policy — Keep It With Your Policy*

## Amendment Of Policy Provisions — AP444

This endorsement amends all of the following Allstate Insurance Company and Allstate Indemnity Company policies: Standard Mobilehome, Deluxe Mobilehome, Farmer's Comprehensive Personal Liability, Comprehensive Personal Liability, Residential Fire, Basic Homeowners, Standard Homeowners, Deluxe Homeowners, Deluxe Plus Homeowners, Deluxe Select Value Homeowners, Standard Select Value Homeowners, Deluxe Country Homeowners, Renters, Landlord Package Policy, Condominium Owners, Boatowners, and Recreational Package Policy. This endorsement is in addition to all other endorsements which apply to these policies.

It is agreed that the following provision is added to the **General** provisions:

### Conditional Reinstatement

If **we** mail a cancellation notice because **you** didn't pay the required premium when due and **you** then tender payment by check, draft, or other remittance which is not honored upon presentation, **your** policy will terminate on the date and time shown on the cancellation notice and any notice **we** issue which waives the cancellation or reinstates coverage is void. This means that **Allstate** will not be liable under this policy for claims or damages after the date and time indicated on the cancellation notice.

# EXHIBIT 2

 **Allstate** Capital Property
You're in good hands. 7067 COLUMBIA GATEWAY DR., #100
COLUMBIA MD 21046

ıｨlıｨlｨｨllｨllｨlｨｨllｨｨｨｨｨlllＩＩＩｨｨlｨｨｨlｨlｨlｨｨｨｨlｨll

METRO PUBLIC ADJUSTMENT, INC.
3551 BRISTOL PIKE
BENSALEM PA 190204685

RECIPIENT OF ORIGINAL
PAMELA COLEMAN
4833 DEXTER TER NW
WASHINGTON DC 200071020

COPY OF ORIGINAL

February 13, 2013

INSURED: PAMELA COLEMAN
DATE OF LOSS: January 28, 2013
CLAIM NUMBER: 0274762012 NJS

PHONE NUMBER: 800-729-6400   **FEB 25 PM12:00**
FAX NUMBER: --
OFFICE HOURS: Mon - Fri 8:00 am - 7:00 pm,
Sat 8:00 am - 4:30 pm

Dear PAMELA COLEMAN,

With respect to the loss which occurred on January 28, 2013, at 4833 DEXTER TERRACE, WASHINGTON, DC, you are advised that the Allstate Insurance Company reserves all rights and defenses which it has in conjunction with the policy numbered 000001602514.

We further notify you that any activity on our part by way of investigation, damage determination, or emergency advance payments to you, does not constitute a waiver of our rights.

We are reserving our right to later deny coverage obligation and assert a defense of no coverage under the policy because Your Allstate Insurance Company Deluxe Plus Homeowners states:
Losses We Do Not Cover Under Coverages A and B: We do not cover loss to the property described in Coverage A Dwelling Protection or Coverage B Other Structures Protection consisting of or caused by:
16. Freezing of plumbing, fire protective sprinkler systems, heating or air conditioning systems or household appliances, or discharge, leakage or overflow from within the systems or appliances caused by freezing, while the building structure is vacant, unoccupied or being constructed unless you have used reasonable care to:
a) maintain heat in the building structure; or
b) shut off the water supply and drain the system and appliances.
The Utility bills you have supplied do not demonstrate that proper heat was maintained, and we will avail ourselves of any other policy defenses, which may arise.

Sincerely,

*JEFFREY SCHLOZ*

JEFFREY SCHLOZ
800-729-6400 Ext. 6218454
Allstate Insurance Company

Copy:  METRO PUBLIC ADJUSTMENT, INC.

GENP006                          0274762012 NJS


00000203130219TR0010103J0200J001016779

# EXHIBIT 3



*Capital Property*
*7067 COLUMBIA GATEWAY DR., #100*
*COLUMBIA MD 21046*

METRO PUBLIC ADJUSTMENT, INC.
3551 BRISTOL PIKE
BENSALEM PA 190204685

March 11, 2013

INSURED: PAMELA COLEMAN
DATE OF LOSS: January 28, 2013
CLAIM NUMBER: 0274762012 NRC

PHONE NUMBER: 800-729-6400
FAX NUMBER: –
OFFICE HOURS: Mon - Fri 8:00 am - 7:00 pm,
Sat 8:00 am - 4:30 pm

Denial

Dear METRO PUBLIC ADJUSTMENT, INC.,

We have reviewed your claim and the documents you supplied and based our findings this claim is denied.  The policy clearly states you must maintain the heat properly and our review of your utility bills clearly shows that the heat was not properly maintained based on the utility bills.  At this time we are denying the claim based on the following policy provision.

Losses We Do Not Cover Under Coverages
A and B:
We do not cover loss to the property described in
Coverage A Dwelling Protection or Coverage B
Other Structures Protection consisting of or
caused by:
...
16. Freezing of plumbing, fire protective sprinkler
systems, heating or air conditioning systems or
household appliances, or discharge, leakage or
overflow from within the systems or appliances
caused by freezing, while the building structure
is vacant, unoccupied or being constructed
unless you have used reasonable care to:
a) maintain heat in the building structure; or
b) shut off the water supply and drain the
system and appliances.

If you have any questions or concerns please feel free to contact me directly.

Sincerely,

0274762012 NRC

