# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

PAMELA COLEMAN, M.D.,      :
:
      Plaintiff        :
:
      v.            :      Civil Action No. 14-cv-259 (TSC)
:
ALLSTATE INSURANCE COMPANY,  :
:
      Defendant.      :

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and Local Rule 84.7(d)(2), the parties hereby stipulate to the dismissal of the above-captioned matter with prejudice as the parties have agreed to terms constituting full and final settlement of Plaintiff's claims in this litigation.

Respectfully submitted,

STEIN SPERLING BENNETT      NILES, BARTON & WILMER, LLP
DE JONG DRISCOLL PC


  /s/  Alexia Kent McClure            /s/  Alicia D. Stewart
Alexia Kent McClure (D.C. Bar No. 443983)    Alicia D. Stewart (D.C. Bar No.: 1003440)
Elizabeth J. McInturff (Admitted *Pro Hac Vice*)    111 S. Calvert St., Suite 1400
25 West Middle Lane           Baltimore, Maryland 21202
Rockville, Maryland 20850        Direct: 410-783-6403
Direct: 301-838-3232           Fax: 410-783-6453
Fax: 301-354-8132            adstewart@nilesbarton.com
amcclure@steinsperling.com
emcinturff@steinsperling.com      *Attorneys for Defendant*

*Attorneys for Plaintiff*